**B1 (Official Form 1)(12/11)**

| United States Bankruptcy Court<br>Northern District of Illinois, Eastern Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Dvorkin Holdings, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4192898** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**One Trans Am Plaza Dr.**<br>**St. 120**<br>**Oak Brook Terrace, IL**           ZIP Code **60181** | Street Address of Joint Debtor (No. and Street, City, and State):           ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):          ZIP Code | Mailing Address of Joint Debtor (if different from street address):          ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Dvorkin Holdings, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)     Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Dvorkin Holdings, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Michael J. Davis**
Signature of Attorney for Debtor(s)

**Michael J. Davis**
Printed Name of Attorney for Debtor(s)

**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
Firm Name

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**

Address

**630-510-0000  Fax: 630-510-0004**
Telephone Number

**August  7, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Loran Eatman**
Signature of Authorized Individual

**Loran Eatman**
Printed Name of Authorized Individual

**Vice President, DH-EK Management Corp.**
Title of Authorized Individual

**August  7, 2012**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re  **Dvorkin Holdings, LLC**                                           Case No.
                                             Debtor(s)                     Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Albany Bank**<br>**3400 W. Lawrence Ave.**<br>**Chicago, IL 60625** | **Albany Bank**<br>**3400 W. Lawrence Ave.**<br>**Chicago, IL 60625** | **Personal Guarantee on various LLC loans** | **Contingent Unliquidated** | **Unknown** |
| **Belmont Bank**<br>**8250 W. Belmont Ave.**<br>**Chicago, IL 60634** | **Belmont Bank**<br>**8250 W. Belmont Ave.**<br>**Chicago, IL 60634** | **Personal Guarantee on various LLC loans** | **Contingent Unliquidated** | **Unknown** |
| **Blue Star Holdings LLC**<br>**c/o Michael Tuchman**<br>**2 N. LaSalle St, St. 1300**<br>**Chicago, IL 60602** | **Blue Star Holdings LLC**<br>**c/o Michael Tuchman**<br>**2 N. LaSalle St, St. 1300**<br>**Chicago, IL 60602** | **Personal guaranties on loans to**<br>**1 TransAm Plaza (Oak brook)**<br>**17W695-745 Butterfield, OBT**<br>**2200 S. Main, Lombard**<br>**3330-3340 Dundee Rd., Northbrook** | **Contingent Unliquidated** | **Unknown** |
| **BMO Harris Bank**<br>**111 W. Monroe St.**<br>**Chicago, IL 60603** | **BMO Harris Bank**<br>**111 W. Monroe St.**<br>**Chicago, IL 60603** | **Personal Guaranty on loan to Trust 98-6811** | **Contingent Unliquidated** | **Unknown** |
| **Centier Bank**<br>**Corporate Center**<br>**600 E. 84th Ave.**<br>**Merrillville, IN 46410** | **Centier Bank**<br>**Corporate Center**<br>**600 E. 84th Ave.**<br>**Merrillville, IN 46410** | **Personal Guaranty on loan** | **Contingent Unliquidated** | **Unknown** |
| **Dahl & Bonadies, LLC**<br>**330 N. LaSalle Street**<br>**Suite 1500**<br>**Chicago, IL 60602** | **Dahl & Bonadies, LLC**<br>**330 N. LaSalle Street**<br>**Suite 1500**<br>**Chicago, IL 60602** | | | **17,500.00** |
| **Dvorkin Holdings**<br>**One Trans Am Plaza Dr.**<br>**St. 120**<br>**Villa Park, IL 60181** | **Dvorkin Holdings**<br>**One Trans Am Plaza Dr.**<br>**St. 120**<br>**Villa Park, IL 60181** | | | **Unknown** |
| **First Merit Bank**<br>**106 S. Main St.**<br>**Akron, OH 44308** | **First Merit Bank**<br>**106 S. Main St.**<br>**Akron, OH 44308** | **Personal Guaranty on loans 1055 W 175th LLC (Homewood)** | **Contingent Unliquidated** | **Unknown** |

B4 (Official Form 4) (12/07) - Cont.

In re **Dvorkin Holdings, LLC**
   Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **First Nations Bank** 7757 W. Devon Ave. Chicago, IL 60631 | **First Nations Bank** 7757 W. Devon Ave. Chicago, IL 60631 | **Personal Guarantee on various LLC loans** | **Contingent Unliquidated** | **Unknown** |
| **International Bank** 5069 N. Broadway St Chicago, IL 60640 | **International Bank** 5069 N. Broadway St Chicago, IL 60640 | **Personal Guaranty on Mortgage** | **Contingent Unliquidated** | **Unknown** |
| **MB Financial** 800 W. Madison St. Chicago, IL 60607 | **MB Financial** 800 W. Madison St. Chicago, IL 60607 | **Personal Guaranty on loan** | **Contingent Unliquidated** | **Unknown** |
| **North Shore Bank** 7800 Lincol Ave. Skokie, IL 60077 | **North Shore Bank** 7800 Lincol Ave. Skokie, IL 60077 | **Personal Guarantee on Southwest Highway property in Matteson, LLC** | **Contingent Unliquidated** | **Unknown** |
| **Oxford Bank and Trust** 1111 W. 22nd St. St. 800 Oak Brook, IL 60523 | **Oxford Bank and Trust** 1111 W. 22nd St. St. 800 Oak Brook, IL 60523 | **Personal Guaranty on loan** | **Contingent Unliquidated** | **Unknown** |
| **Private Bank** 120 S. LaSalle Chicago, IL 60603 | **Private Bank** 120 S. LaSalle Chicago, IL 60603 | **Personal Guaranty on loan** | **Contingent Unliquidated** | **Unknown** |
| **Riversource Life Insurance Co.** c/o Real Estate Loan Managment 25440 Ameriprise Financial Center Minneapolis, MN 55474 | **Riversource Life Insurance Co.** c/o Real Estate Loan Managment 25440 Ameriprise Financial Center Minneapolis, MN 55474 | **Personal Guarantee on various LLC loans** | **Contingent Unliquidated** | **Unknown** |
| **Schaumburg Bank and Trust** 1180 E. Higgins rd. Schaumburg, IL 60173 | **Schaumburg Bank and Trust** 1180 E. Higgins rd. Schaumburg, IL 60173 | **Personal Guaranty on loans** | **Contingent Unliquidated** | **Unknown** |
| **Texas 1845 LLC** c/o Delaware Registry Ltd. 3511 Silverside Dr., St. 105 Wilmington, DE 19810 | **Texas 1845 LLC** c/o Delaware Registry Ltd. 3511 Silverside Dr., St. 105 Wilmington, DE 19810 | **Judgment entered 2-24-12** | **Disputed** | **8,259,250.00** |
| **Wells Fargo Bank National Associati** 464 California Street #100 San Francisco, CA 94104 | **Wells Fargo Bank National Associati** 464 California Street #100 San Francisco, CA 94104 | **Personal Guaranty on loan** | **Contingent Unliquidated** | **Unknown** |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**
In re   **Dvorkin Holdings, LLC**                                                   Case No.
                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice President, DH-EK Management Corp. of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 7, 2012**                          Signature  **/s/ Loran Eatman**
                                                             **Loran Eatman**
                                                             **Vice President, DH-EK Management Corp.**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                            18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re **Dvorkin Holdings, LLC**
Debtor(s)

Case No.
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **50,000.00** |
   | Prior to the filing of this statement I have received | $ **50,000.00** |
   | Balance Due | $ **0.00** |

2. $ **1,099.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **August 7, 2012**

/s/ Michael J. Davis
**Michael J. Davis**
**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**
**630-510-0000   Fax: 630-510-0004**

---

## Springer Brown Covey Gaertner & Davis LLC

Wheaton Executive Center
400 South County Farm Road, Suite 330
Wheaton, IL 60187

Thomas E. Springer
David R. Brown
Bradley S. Covey
Kent A. Gaertner
Michael J. Davis

Michele Springer
Robert Katz, Of Counsel
Josh Greene
Elizabeth Bates
Tel. 630-510-0000
Fax 630-510-0004

www.springerbrown.com

Loran Eatman
Dvorking Holdings, LLC
One Trans Am Plaza Dr.
St. 120
Oak Brook Terrace, Ill. 60181

Re: Legal Services Agreement and Engagement Letter re Initial analysis and preparation for filing of Chapter 11 bankruptcy

Please accept this letter as it sets forth the basic terms and conditions upon which Springer, Brown, Covey, Gaertner & Davis, LLC ("SPRINGER BROWN") will perform legal services for you (the "Clients") in the above referenced matter (the "Engagement").

This letter shall (1) confirm that the Client has retained SPRINGER BROWN, (2) confirm the scope of the Engagement, and (3) describe the basis upon which SPRINGER BROWN will bill for its services. If the Client has established billing protocols for its professionals, please forward them and SPRINGER BROWN will make every effort to conform to them.

Scope of Representation

The Client has asked SPRINGER BROWN to assist in the initial analysis of the possibility of filing bankruptcy, and the preparation and representation during the Chapter 11 case if necessary.

Determination of Fees and Expenses

Legal work varies greatly. Although we are often engaged by our clients to perform specific and limited tasks, our primary role as legal advisors is to offer our knowledge, experience and independent judgment. Recognizing this, our focus in charging for services is to arrive at a fee, which is fair and appropriate considering all of the circumstances.

Legal services provided by attorneys are fee for service arrangements generally involving the payment of a retainer fee to the attorney. In this matter, the Client, through its principals, authorized agents or assigns, if applicable, has agreed to retain SPRINGER BROWN with a security retainer of $25000.00 (the "pre-petition retainer") for services rendered in relation to the initial analysis of the possibility of filing bankruptcy and a security retainer of $50000.00 (the "bankruptcy retainer") for the preparation and representation during the Chapter 11 case if necessary. The retainers will be deposited in the SPRINGER BROWN Retainer Account. As work is performed on each item as described above or fees incurred, they shall be debited from the retainer and transferred to our general account. If the initial retainer

should become exhausted, then we shall require an additional retainer in an amount to be determined, as necessary, for which we will notify you in writing.

SPRINGER BROWN proposes to charge the Client on an hourly basis by multiplying the rates for our time by the number of hours expended on the matter. Our standard rate for each Attorney Member in the firm is $375 per hour. Associate Attorneys are billed at the standard rate of $285 per hour. Each Attorney in the law firm is duly licensed and authorized to practice law in the State of Illinois and United States District Court for the Northern District of Illinois. Non-attorney support staff time although expended, will NOT be billed out without prior approval by the Client, and will be billed at the rate of bill $125 per hour. All legal services will be performed under the supervision of the owning member attorneys of the law firm.

SPRINGER BROWN operates as an integrated unit. A client who calls upon a particular lawyer in fact retains the entire firm and has at its disposal all of the expertise and resources that the firm has to offer. Therefore, the lawyer who serves as one's principal contact at the firm may assign the work to another lawyer who has experience in the particular area involved or who is in a better position to perform the legal work most efficiently. In assigning work within the firm, SPRINGER BROWN strives to achieve the most efficient mix of seniority and expertise, with the goal of providing effective representation to our clients economically.

SPRINGER BROWN cannot quote a specific flat or final fee for services in this matter because we cannot control or predict the nature or extent of the services that may have to be provided. However, please be assured that we are sensitive to your needs, and that we will do our best at all times to minimize fess and expenses to the extent possible consistent with the furnishings of effective legal services.

In addition to our fees for services, we also bill our clients for out-of-pocket expenses incurred on their behalf. Reimbursable out-of-pocket expenses include the following: filing fees, computerized legal research fees, electronic access and filing fees, photocopying expenses, long distance telephone toll charges, telecopy charges, necessary travel expenses, and so forth. Please be advised of our firm policy that clients are required to advance or pay directly any disbursements in excess of $300.

Client grants to Springer Brown a security interest in any retainer paid in trust to Law Firm. Client promises to execute all documents and take any action reasonably required to perfect and enforce such lien. **THIS PROVISION CREATES A CHARGING LIEN IN FAVOR OF LAW FIRM AS SECURITY FOR ITS FEES.** In the event of a dispute between Law Firm and Client, this lien could significantly impair Client's interest by delaying payment of funds owing to Client until the dispute can be resolved. Funds deposited in Law Firm's Retainer Account for the benefit of Client, including retainers, will not bear interest. Client may request in writing that an interest bearing account be established, providing Client's social security number or tax identification number for reporting purposes.

2

Termination

The Client may terminate our engagement as counsel at any time for any reason. SPRINGER BROWN may withdraw as the Client's legal counsel or from our representation of the Client in any particular matter for good cause, which includes the Client's failure to perform their obligations described in this letter, failure to timely make payment for services rendered and expenses advanced, refusal to cooperate with us or to follow our advice on a material matter, or any other fact or circumstances that would render our continuing representation unlawful or unethical. If and when our services to the Client conclude, all unpaid fees and costs will be immediately due and payable.

Duties

Effective legal representation requires a high level of cooperation between attorney and client. Therefore, by executing this letter, the Client agrees to cooperate with us, keep us fully and truthfully informed of all developments, and to abide by this letter. In turn, we are agreeing to provide those legal services reasonably required to represent the Client with respect to the matters described above and to take reasonable steps to keep the Client informed of our progress and to respond to the Client's inquiries. Of course, we cannot make any promises or guarantees about the outcome of the matters as to which the Client has engaged us, and nothing in this letter or in our statements should be so construed. When we provide our opinion as to the probable outcome of any matter, it is with the understanding that our opinion is just that, and not a promise or guarantee.

We encourage our clients to participate actively in the matters we are handling for them, as they are much closer to the details and effects of their affairs than we are and we wish to be certain that our efforts converge with our clients' goal. If at any time you should have a concern, or if we may be of service in another substantive area, we would ask that you raise it with us at once so that we can address your need without delay.

Electronic Communications

Our clients and our law firm increasingly rely upon electronic communication such as e-mail, text-messaging, cellular telephones and electronic faxes (collectively, "**Electronic Communications**"). By engaging us, absent the Client's specific instructions to the contrary, you authorize us to use Electronic Communications. Because of their nature, Electronic Communications are not as secure as more traditional lines of communications, such as hard-wired telephones and telephonic faxes, U.S. Mail or couriers. The Client understands that some risk exists that any and all Electronic Communications could be intercepted by an unauthorized third party, and the Client hereby accepts the risk. With respect to the use of Electronic Communications for matters of particular sensitivity or for information that could be compromising or damaging to the Client, the Client acknowledges that each contact person with whom we are or will be directly working, including SPRINGER BROWN, has the authority to consent specifically to the use of Electronic Communications for such matters. We shall also consider communications from the Client by Electronic Communications as specific consent to respond by Electronic Communications. *If the Client does not wish to use Electronic*

3

*Communications for any particular matter or matters, you will so advise us in writing, or will so advise us orally and confirm the instruction promptly in writing.*

Other Clients/Conflicts of Interest

As a specialty boutique law firm, it is common for SPRINGER BROWN to be engaged to represent more than one party in a significant bankruptcy or work-out / debt reorganization case. We do not believe that a conflict of interest is raised if we represent more than one party in a Bankruptcy case, as long as all of our clients are adverse to the debtor. We currently have reviewed the case and as of the date of this legal engagement letter, SPRINGER BROWN does not represent any parties adverse to the Clients. However, as is usually the case in any bankruptcy proceeding, the existence of other, non-listed or otherwise unknown parties may give rise to multiple representation by SPRINGER BROWN. In fact, we often find that our clients generally benefit from the economics of scale that arise when fees and costs can be spread among a number of different parties. Therefore, the Clients should be aware that we may in the future be contacted to represent other creditors or non-Debtor parties in interest of the above referenced and related Bankruptcy proceeding. Of course, we will do our standard check to assure that no new client raises an adverse and/or conflict issue and we will notify you promptly if we become aware of a potential or a pre-existing conflict. However, if we do not perceive a conflict of interest, we may accept other clients without seeking the Client's approval. In the unlikely event that the Clients decide to take a position adverse to that of another one of our clients in this case (a possibility we do not foresee at this time) then we will not be able to represent the Client in that dispute.

If the foregoing terms upon which we propose to be engaged and the nature of the engagement are acceptable, please sign (or please have a duly authorized representative of the Clients sign) and return to me the enclosed copy of this letter. Thank you.

Sincerely,
SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, LLC
By:

_____
Attorney Member of Firm

Accepted and agreed to by:

By: _____ Date: 5/5/2012
Loran Eatman, Vice-Pres.
DH-EK Management Corp.
Manager, Dvorkin Holdings LLC

4

1000 N. Halsted LLC  
One Trans Am Plaza Dr.  
St. 120  
Oak Brook Terrace, IL 60181

1101 Tower Rd. LLC  
One Trans Am Plaza Dr.  
St. 120  
Villa Park, IL 60181

11824 Southwest Highway LLC  
One Trans Am Plaza Dr.  
St. 120  
Villa Park, IL 60181

1210 South Highland LLC  
One Trans Am Plaza Dr.  
St. 120  
Villa Park, IL 60181

125-164 Dundee Rd. LLC  
One Trans Am Plaza Dr.  
St. 120  
Villa Park, IL 60181

1611 Stewart LLC  
One Trans Am Plaza Dr.  
St. 120  
Villa Park, IL 60181

1920 South Highland LLC  
One Trans Am Plaza Dr.  
St. 120  
Villa Park, IL 60181

1941 Selmartin LLC  
One Trans Am Plaza Dr.  
St. 120  
Villa Park, IL 60181

2105 N. Clybourn (Chicago) LLC  
One Trans Am Plaza Dr.  
St. 120  
Villa Park, IL 60181

25210 W. Reed (Channahon) LLC
One Trans Am Plaza Dr.
St. 120
Villa Park, IL 60181


328 S. Jefferson (Chicago) SG LLC
One Trans Am Plaza Dr.
St. 120
Villa Park, IL 60181


444 N, Wabash LLC
One Trans Am Plaza Dr.
St. 120
Villa Park, IL 60181


4949 W. Oakton Res. Fin. Skokie LLC
One Trans Am Plaza Dr.
St. 120
Villa Park, IL 60181


4949-5001 W. Oakton Retail LLC
One Trans Am Plaza Dr.
St. 120
Villa Park, IL 60181


560 W. Washington (Chicago) LLC
One Trans Am Plaza Dr.
St. 120
Villa Park, IL 60181


606 W. Roosevelt LLC
One Trans Am Plaza Dr.
St. 120
Villa Park, IL 60181


6200 N. rockwell (Chicago) LLC
One Trans Am Plaza Dr.
St. 120
Villa Park, IL 60181


640-650 Lake St. LLC
One Trans Am Plaza Dr.
St. 120
Villa Park, IL 60181

```
920 Roosevelt (West Chicago) LLC
One Trans Am Plaza Dr.
St. 120
Villa Park, IL 60181


956 N. Neltnor (West Chicago) LLC
One Trans Am Plaza Dr.
St. 120
Villa Park, IL 60181


975 Nerge (Roselle) LLC
One Trans Am Plaza Dr.
St. 120
Villa Park, IL 60181


Albany Bank
3400 W. Lawrence Ave.
Chicago, IL 60625


Beitt Dan Lease



Belmont Bank
8250 W. Belmont Ave.
Chicago, IL 60634


Beverly Dvorkin
700 W. Grand - 5th Floor
Chicago, IL 60654


Blue Star Holdings LLC
c/o Michael Tuchman
2 N. LaSalle St, St. 1300
Chicago, IL 60602


BMO Harris Bank
111 W. Monroe St.
Chicago, IL 60603


Centier Bank
Corporate Center
600 E. 84th Ave.
Merrillville, IN 46410
```

```
Channahon Plaza LLC
One Trans Am Plaza Dr.
St. 120
Villa Park, IL 60181


Chicago Commercial LLC
One Trans Am Plaza Dr.
St. 120
Villa Park, IL 60181


Colfin Bulls Funding A LLC
2450 Broadway, 6th Fl
Santa Monica, CA 90404


Dahl & Bonadies, LLC
330 N. LaSalle Street
Suite 1500
Chicago, IL 60602


Dvorkin Holdings
One Trans Am Plaza Dr.
St. 120
Villa Park, IL 60181


Farnsworth (Aurora) Landco LLC
One Trans Am Plaza Dr.
St. 120
Villa Park, IL 60181


First Merit Bank
106 S. Main St.
Akron, OH 44308


First Nations Bank
7757 W. Devon Ave.
Chicago, IL 60631


Flossmoor Commons (Retail) LLC
One Trans Am Plaza Dr.
St. 120
Villa Park, IL 60181


Flossmoor Plaza DH Holdings, LLC
One Trans Am Plaza Dr.
St. 120
Villa Park, IL 60181
```

Francine R. Dvorkin
One Trans Am Plaza Drive
Suite 120
Villa Park, IL 60181


Glenwood Residential LLC
One Trans Am Plaza Dr.
St. 120
Villa Park, IL 60181


International Bank
5069 N. Broadway St
Chicago, IL 60640


Kinman Enterprises LLC
One Trans Am Plaza Dr.
St. 120
Villa Park, IL 60181


Lynwood Land Company LLC
One Trans Am Plaza Dr.
St. 120
Villa Park, IL 60181


Matteson LLC
One Trans Am Plaza Dr.
St. 120
Villa Park, IL 60181


MB Financial
800 W. Madison St.
Chicago, IL 60607


McGrath Lexus of Westmont
500 E Ogden Avenue
Westmont, IL 60559


Michael Waters
Vedder Price
222 N. LaSalle St., St. 2600
Chicago, IL 60601


North Shore Bank
7800 Lincol Ave.
Skokie, IL 60077

```
Oxford Bank and Trust
1111 W. 22nd St.
St. 800
Oak Brook, IL 60523


Plaza (Arlington Hts.) Office LLC
One Trans Am Plaza Dr.
St. 120
Villa Park, IL 60181


Private Bank
120 S. LaSalle
Chicago, IL 60603


Riversource Life Insurance Co.
c/o Real Estate Loan Managment
25440 Ameriprise Financial Center
Minneapolis, MN 55474


Schaumburg Bank and Trust
1180 E. Higgins rd.
Schaumburg, IL 60173


Texas 1845 LLC
c/o Delaware Registry Ltd.
3511 Silverside Dr., St. 105
Wilmington, DE 19810


Texas 1845 LLC
7815 Karl May Dr.
Waco, TX 76708


Trust 42454
One Trans Am Plaza Dr.
St. 120
Villa Park, IL 60181


Trust 43995
One Trans Am Plaza Dr.
St. 120
Villa Park, IL 60181


Trust 44202
One Trans Am Plaza Dr.
St. 120
Villa Park, IL 60181
```

```
Trust 94043
One Trans Am Plaza Dr.
St. 120
Villa Park, IL 60181


Trust 95-6249
One Trans Am Plaza Dr.
St. 120
Villa Park, IL 60181


Trust 95-6296
One Trans Am Plaza Dr.
St. 120
Villa Park, IL 60181


Trust 95-6457
One Trans Am Plaza Dr.
St. 120
Villa Park, IL 60181


Trust 97-7440
One Trans Am Plaza Dr.
St. 120
Villa Park, IL 60181


Trust 98-6811
One Trans Am Plaza Dr.
St. 120
Villa Park, IL 60181


Wells Fargo Bank National Associati
464 California Street #100
San Francisco, CA 94104
```