UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.:    12-31336
DVORKIN HOLDINGS, LLC,  )
  )  Chapter:  11
  )  Honorable Jack B. Schmetterer
  )
  )
Debtor(s)  )

### ORDER APPROVING TRUSTEE'S SETTLEMENT AGREEMENT WITH CERTAIN DVORKIN FAMILY MEMBERS AND FAMILY TRUSTS, GOLDFARB PROPERTIES, LLC, AFTER-WORDS, INC., AND DH-EK MANAGEMENT CORP. UNDER BANKRUPTCY RULE 9019(A)

This matter came before the Court on the motion (the "Motion") of Gus A. Paloian, not personally or individually, but solely as chapter 11 trustee ("Trustee"), for the bankruptcy estate (the "Estate") of Dvorkin Holdings, LLC for entry of an order under Rule 9019(a) of the Federal Rules of Bankruptcy Procedure approving the proposed settlement agreement (the "Settlement Agreement"), in a form substantially similar to that attached to the Motion as Exhibit 1, by and among: (i) Trustee; (ii) Francine Dvorkin ("Francine"); (iii) Beverly Dvorkin ("Beverly"); (iv) Aaron Dvorkin ("Aaron"); (v) Francine Dvorkin, as Trustee of Dvorkin Children's Trust ("Children's Trust"); (vi) Francine Dvorkin, as Trustee of Beverly Children's Trust ("Beverly Trust"); (vii) Francine Dvorkin, as Trustee of Aaron Children's Trust ("Aaron Trust"); (viii) Rachel Dvorkin ("Rachel"); (ix) Goldfarb Properties, LLC ("Goldfarb"), (x) After-Words, Incorporated ("After-Words"), (xi) 444 N. Wabash (Chicago), LLC, and (xii) DH-EK Management Corp. ("DH-EK") (all of which are collectively referred to herein as the "Parties").

Having considered the Motion and the Settlement Agreement, this Court finds and concludes that: (i) this Court has jurisdiction over this proceeding under 28 U.S.C. §§ 157 and 1334; (ii) venue is proper in this District under 28 U.S.C. § 1409(a); (iii) this proceeding is a core proceeding under 28 U.S.C. § 157(b)(2); (iv) due and proper notice of the Motion has been given and no other or further notice is required; and (v) the terms of the Settlement Agreement are fair, equitable, in the best interests of the Estate, and within the range of reasonableness for approval under Rule 9019(a) of the Federal Rules of Bankruptcy Procedure. In light of the foregoing,

IT IS HEREBY FOUND AND DETERMINED THAT:

A. The Motion is GRANTED.

B. The notice of the Motion as given is deemed sufficient and proper.

C. The terms of the Settlement Agreement are approved under Rule 9019(a) of the Federal Rules of Bankruptcy Procedure.

D. The Parties are authorized to effectuate the terms of the Settlement Agreement without further order of this Court.

E. This Court retains jurisdiction to enforce and otherwise implement the terms and conditions of the Settlement Agreement.

Rev: 20130104_bko

Enter:

[Signature]

United States Bankruptcy Judge

SEP 3 0 2013

Dated: 9/30/13

**Prepared by:**

James B. Sowka (6291998)
jsowka@seyfarth.com
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Counsel to Chapter 11 Trustee Gus A. Paloian