## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 12-31336-JBS |
| | ) | |
| DVORKIN HOLDINGS, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |
| | ) | |
| | ) | Hearing Date:  June 24, 2014 |
| | ) | Hearing Time:  10:00 a.m. prevailing CT |

**NOTICE OF CHAPTER 11 TRUSTEE'S MOTION FOR ORDER AUTHORIZING:
(I) THE ESTATE TO CONSUMMATE SALE OF REAL PROPERTY LOCATED
AT 3235 VOLLMER ROAD AND 19850-19870 KEDZIE AVENUE,
FLOSSMOOR, ILLINOIS, AND (II) OTHER RELIEF**

**TO:    PARTIES LISTED ON ATTACHED SERVICE LIST**

PLEASE TAKE NOTICE that on **Tuesday, June 24, 2014, at 10:00 a.m. prevailing Central Time**, the undersigned shall appear before the Honorable Jack B. Schmetterer, Bankruptcy Judge of the United States Bankruptcy Court for the Northern District of Illinois, in the courtroom normally occupied by His Honor, Courtroom 682, at 219 South Dearborn Street, Chicago, Illinois, and then and there we shall present the **Chapter 11 Trustee's Motion For Order Authorizing:  (I) The Estate To Consummate Sale Of Real Property Located at 3235 Vollmer Road and 19850-19870 Kedzie Avenue, Flossmoor, Illinois, And (II) Other Relief**, a true and correct copy of which is attached and served upon you.

Dated:  June 3, 2014

Respectfully submitted,

GUS A. PALOIAN, not individually or personally, but solely in his capacity as the Chapter 11 Trustee of Debtor's Estate

By:/s/ Bret M. Harper

Gus A. Paloian (6188186)
James B. Sowka (6291998)
Bret M. Harper (6299968)
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois  60603
Telephone:  (312) 460-5000

*Counsel to Chapter 11 Trustee Gus A. Paloian*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he caused a true and correct copy of the foregoing **Notice of Motion and Chapter 11 Trustee's Motion For Order Authorizing:  (I) The Estate To Consummate Sale Of Real Property Located at 3235 Vollmer Road and 19850-19870 Kedzie Avenue, Flossmoor, Illinois, And (II) Other Relief** to be served (1) electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the appended Service List, and (2) via First Class U.S. Mail, postage prepaid, to those other parties identified on the attached Service List on this 3rd day of June, 2014.


/s/ Bret M. Harper

17341695v.1

# DVORKIN HOLDINGS, LLC
## Case No.  12-31336

## CM/ECF ELECTRONIC MAIL DISTRIBUTION

Samantha Babcock
sbabcock@chuhak.com;
rsaldivar@chuhak.com

Gary I. Blackman
Counsel for Michael Tuchman, Levenfeld
Pearlstein, LLC
gblackman@lplegal.com;
slevandowski@lplegal.com;
druiz@lplegal.com

Timothy W. Brink
Counsel for 444 Wabash Partners, LLC
timothy.brink@dlapiper.com;
docketingchicago@dlapiper.com;
william.guthrie@dlapiper.com

William J. Connelly
Peter D. Sullivan
Counsel for Michael Tuchman
wconnelly@hinshawlaw.com
psullivan@hinshawlaw.com

Jonathan M. Cyrluk
Counsel for Trustee, Gus A. Paloian
cyrluk@carpenterlipps.com;
haas@carpenterlipps.com

Jeffrey W. Finke
Counsel for Albany Bank &Trust N.A.
jwfinke@mindspring.com

David Chroust
Counsel for R.G. Construction Services, Inc.
david.chroust@icemiller.com

Michael J. Davis
Joshua D. Green
Counsel for Dvorkin Holdings, LLC
mdavis@archerbay.com;
davislaw80@gmail.com;
jgreene@archerbay.com;
llarson@archerbay.com

David A. Kallick
Counsel for First Nations Bank
dkallick@tishlerandwald.com

Patrick S. Layng
Office of the U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

Gina B. Krol
Counsel for: Francine Dvorkin; Beverly
Dvorkin; Aaron Dvorkin
gkrol@cohenandkrol.com;
jhazdra@cohenandkrol.com;
pmchugh@cohenandkrol.com

Emily N. Masalski
Counsel for Centier Bank
masalski@dlec.com; Richards@dlec.com;
shump@dlec.com; emasalski@yahoo.com;
stein@dlec.com

Matthew T. Gensburg
Rebecca D. Rosenthal
Counsel for RiverSource Life Insurance Co.
gensburgm@gtlaw.com;
rosenthalr@gtlaw.com; chidocket@gtlaw.com;
ChiBkyDocket@gtlaw.com;
greenbergc@gtlaw.com;
sullivanka@gtlaw.com

David S. Makarski
Counsel for Ascher Brothers Company, Inc.
david.makarski@sfnr.com;
craig.coleman@sfnr.com;
george.sang@sfnr.com; seth.matus@sfnr.com

Michael J. Gunderson
Counsel for Focus VI, LLC
mgunderson@gundersontharp.com;
lopez@gundersontharp.com

Kevin H. Morse
Counsel for Chapter 7 Trustee Ilene F.
Goldstein
khmorse@arnstein.com

David L. Kane
Counsel for FirstMerit Bank N.A.
dkane@mpslaw.com; dnichols@mpslaw.com;
mpslawllc@gmail.com; jlitwin@mpslaw.com

Lawrence A. Stein
Counsel for Francine Dvorkin, Trustee of
Dvorkin Childrens' Trust; Francine Dvorkin,
Trustee of Francine Dvorkin Revocable Trust;
lstein@huckbouma.com;
lkoster@huckbouma.com

Forrest B. Lammiman
Steven R. Rogovin
Counsel for FirstMerit Bank, N.A.
flammiman@mpslaw.com;
dkane@mpslaw.com; srogovin@mpslaw.com;
dnichols@mpslaw.com;
mpslawllc@gmail.com; jlitwin@mpslaw.com

Jean Soh
Jerry L. Switzer
Counsel for ColFin Bulls Funding A, LLC
jsoh@polsinelli.com
jswitzer@polsinelli.com

David P. Leibowitz
Counsel for Bette Lynn Lavere, Frank Lavere
dleibowitz@lakelaw.com;
czuniga@lakelaw.com; jstorer@lakelaw.com;
ecf@lakelaw.com

Michael L. Tinaglia
Counsel for International Bank of Chicago
mltinaglia@tinaglialaw.com;
jmwretzky@tinaglialaw.com

Colleen E. McManus
Kurt M. Carlson
Counsel for BMO Harris Bank
cmcmanus@carlsondash.com;
kcarlson@carlsondash.com;
knoonan@carlsondash.com;
jbubacz@carlsondash.com

Stephen G. Wolfe
Office of the U.S. Trustee
steve.g.wolfe@usdoj.gov;
jennifer.r.toth@usdoj.gov

Jonathan N. Rogers
Counsel for Bayview Loan Servicing, LLC and
BMO Harris Bank, N.A.
jrogers@skdaglaw.com

William W. Thorsness
Counsel for Asset Liquidators, LLC
wthorsness@vedderprice.com;
ecfdocket@vedderprice.com

4

## SERVICE LIST

## VIA UNITED STATES MAIL

Patrick S. Layng
c/o Stephen G. Wolfe
Office of the U.S. Trustee, Region 11
219 S. Dearborn Street, Room 873
Chicago, IL  60604

Dvorkin Holdings, LLC
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

Andrew Baumann
Tishler & Wald
200 S. Wacker Drive, Suite 300
Chicago, IL 60606

A-Plus Plumbing, Inc.
733 W. Estes Avenue
Schaumburg, IL  60193

North Shore Bank
7800 Lincoln Avenue
Skokie, IL  60077

Blue Star Holdings LLC
c/o Michael Tuchman
2 N. LaSalle Street, Suite 1300
Chicago, IL  60602

Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Dahl & Bonadies, LLC
James E. Dahl
30 N. LaSalle Street, Suite 1500
Chicago, IL  60602

1 Transam Plaza (Oakbrook Terrace) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

MB Financial Bank, N.A.
Attn:  Mark Kosminskas
6111 N. River Road
Rosemont, IL  60018

1000 N. Halsted LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

McGrath Lexus of Westmont
500 E Ogden Avenue
Westmont, IL  60559-1228

1055 W 175th (Homewood) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Toyota Motor Credit Corporation (TMCC)
P.O. Box 8026
Cedar Rapids, IA  52408-8026

1101 Tower Rd (Schaumburg) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Dan Air Holdings, L.L.C.
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

17341695v.1

11824 S.W. Highway (Palos Heights) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Daniel Dvorkin
1636 Highland Avenue
Lombard, IL  60148

1203 Maple (Lisle), LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Daniel G. Dvorkin Insurance Trust
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

1230 S. Highland (Lombard) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Daniel G. Dvorkin Revocable Trust
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

125-165 W. Dundee Road (Buffalo Grove),
LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Daniel Hyman
Millenium Properties
200 W. Madison Avenue, 36th Floor
Chicago, IL  60606

1275 Davis (Elgin), L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

DDL Property Limited
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

1611 Stewart Street LLC
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL  60602

Debi Kight
DDL Property
One Trans Am Plaza Dr., Suite 120
Oakbrook Terrace, IL  60181

1920 S. Highland (Lombard), L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Department of the Treasury
Internal Revenue Service
P.O. Box  7346
Philadelphia, PA  19101-7346

1941 Selmartin (Aurora), L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

DH-EK Management Corporation
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

2150 N. Clybourn (Chicago) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Dupage Office Leasing, Inc.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL  60602

2200 South Main (Lombard) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

246 E. Janta (Lombard), LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

25210 W. Reed Street (Channahon), LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

328 S. Jefferson (Chicago) SG, L.L.C.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

3330-40 West Dundee (Northbrook) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

444 N. Wabash (Chicago), LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

4949-5001 W. Oakton Residential Financing
(Skokie) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

4949-5001 W. Oakton Retail (Skokie) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

560 West Washington (Chicago), L.L.C.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

Dvorkin Children's Trust dated March 5, 1998
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

EIS Kalt LLC
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

Epaminodas Karvelas
Christopher Karvelas
Emersons Street Grill, Inc.
113 S. Emerson
Mt. Prospect, IL  60056

Esther Jackson
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Farnsworth (Aurora) Bisel, L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Farnsworth (Aurora) Lando LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Flossmoor - Plaza DH Holdings, L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Flossmoor Commons (Professional), L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Flossmoor Commons (Retail), L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

606 W. Roosevelt (Chicago), L.L.C.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

6200 N. Rockwell (Chicago) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL 60505

640-650 Lake Street, L.L.C.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

920 Roosevelt (West Chicago), L.L.C.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

956 N. Neltnor (West Chicago), L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL 60505

975 Nerge (Roselle) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL 60505

Aaron Trust
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL 60181

Aaron's Children's Trust
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL 60181

Ariel Weissberg
Weissberg & Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, IL 60605

Francine Dvorkin Revocable Trust
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL 60181

Glenwood Residential, L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL 60505

Golden Holdings, L.L.C.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

Goldfarb Properties, LLC
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL 60181

Greystone Associates, Inc.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

Highland Avenue Qualified Personal
Residence Trust
One Trans Am Plaza Drive, Suite 120
Oakbrook Terrace, IL 60181

Inverarry Family Trust
1220 Rudolph Dr., Apt. 2F
Northbrook, IL 60062

Jackie Cullen
1 Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL 60181

Jackson Trust
Esther/Julianne Jackson
4075 W. Bonanza Drive
Beverly Hills, FL 34465

17341695v.1

Auto Gallery Chicago, LLC
Peter Alvarez
12 W. Factory Road
Addison, IL  60101

Ambry Estates Joint Venture (Lynwood), LLC
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL  60602

American Equine Insurance Group, LTD.
Michael J. Morrisroe
114 S. Bloomingdale Road
Bloomingdale, IL  60108

Ameriprise Financial Services, Inc.
C T Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL  60604

Barone & Jenkins, P.C.
Anthony G. Barone
635 Butterfield Rd., Suite 145
Oakbrook Terrace, IL  60181

Barry Milowitz
The Milowitz Office
3 Wyldwood
Tarrytown, NY  10591

Beit Dan, L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Belmont Financial Group, Inc.
Belmont Bank & Trust
BFKPN Corporate Services Inc.
8250 W. Belmont Avenue
Chicago, IL  60634

Beverly Dvorkin
700 W. Grand Avenue, Apt. 5
Chicago, IL  60654-5173

Kinman Enterprises, L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Steve Kling
Colliers International
6250 N. River Road, Suite 11-100
Rosemont, IL  60018

Leah - Beverly Trust
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

Levenfeld Pearlstein
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL  60602

Lynwood DT Investors LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Lynwood Land Company, L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

M. Morgan Trust
23123 N. Cardenas
Sun City W, AZ  85375

Matteson, LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Midland Equities
Charles Hold
One Trans Am Plaza Dr., Suite 310, Oakbrook
Terrace, IL  60181

17341695v.1

Beverly Children's Trust
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL 60181

Blue Star Gearing, LLC
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

Blue Star Properties, Inc.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

Bruce Teitelbaum
Vision Realty
1240 Meadow Road
 Northbrook, IL 60062

BT Holdings, LLC
Rakik Boughadou
1200 Harger Road
Suite 325
Oak Brook, IL 60523

Caryn Kolton
c/o Keith Kolton
2929 W. Balmoral
Chicago, IL 60625

Channahon Plaza, L.L.C.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

Chicago Commercial, L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL 60505

Nigel and Ellen Rhodes
1980 W. Downer Place
Aurora, IL  60508

North Shore Community Bank & Trust
c/o Robert J. Huguelet Jr., PC
10749 Winterset Drive
Orland Park, IL  60467

Northgate Plaza (Aurora), L.L.C.
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL 60181

Sharyl A. Ross, CPA
Silver, Lerner, Schwartz & Fertel
8707 Skokie Boulevard, Suite 400
Skokie, IL  60077

Oak West (Oakbrook Terrace) Office LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL 60505

Oxford Bank & Trust
Attn:  Devon J. Eggert
Freeborn & Peters LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL  60606

Plaza (Arlington Heights) Office LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL 60505

Private Bank & Trust Co.
PrivateBank Corp.
James Thompson, Managing Director
The Private Bank and Trust Company
70 W. Madison, Suite 200
Chicago, IL 60602

17341695v.1

Craig Golden
Blue Star Properties, Inc.
600 W. Van Buren Street, Suite 1000
Chicago, IL 60607

Craig Yale
2801 Lakeside Drive
Suite 207
Bannockburn, IL  60015

Crown Construction and Development, Inc.
Craig M. White
225 W. Wacker Drive, Suite 2800
Chicago, IL  60606

Star Park LLC
c/o Richard M. Goldwasser
Schoenberg Finkel Newman & Rosenberg
222 S. Riverside Plaza, Suite 2100
Chicago, IL  60606

Schaumburg Bank & Trust Company
c/o Samantha Licker
Garfield & Merel, Ltd.
180 N. Stetson, Suite 1300
Chicago, IL  60601

Dyek-O'Neal, Inc.
P.O. Box 13370
Arlington, TX  76094

Texas 1845 LLC
Michael Mulcaby
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601

Rachel Dvorkin
1653 Pebblebeach Circle
Elgin, IL 60123

Sterling 18th Street LLC
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

Sierra Office Solutions LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL 60505

Stoller-Lieberman Holdings
James Stoller
The Building Group
1045 W. Lawrence Avenue
Chicago, IL 60640

Zifco Corporation
Ed Zifkin
56 Skokie Valley Road
Highland Park, IL  60035

David D. O'Sullivan
Springer, Brown, Covey, Gaertner & Davis,
LLC
1755 S. Naperville Road, Suite 200
Wheaton, IL  60189

Jonathan Kim
Time Equities Inc.
55 Fifth Avenue
15th Floor
New York, NY  10003

17341695v.1

Chicago Title Land Trust Company as Trustee
for Trusts
C T Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604
and
Robert Kuzma
10 S. LaSalle, Suite 2750
Chicago, IL 60603

Re:
Land Trust 34383
Land Trust 1636-Y
Land Trust 35383
Land Trust 37330
Land Trust 42454
Land Trust 42470
Land Trust 43314
Land Trust 43994-5
Land Trust 43995
Land Trust 44202
Land Trust 44203
Land Trust 44204
Land Trust 44943
Land Trust 94043
Land Trust 94674
Land Trust 94683
Land Trust 94-6075
Land Trust 94-6298
Land Trust 95-6249
Land Trust 95-6296
Land Trust 95-6457
Land Trust 95-6298
Land Trust 96-6875
Land Trust 97-7440
and Trust 98-6811
Land Trust 98-6875

Sabih Quadeer
In Rem Real Estate Company
17W620 14th Street
Suite 201
Oakbrook Terrace, IL  60181

Eatman Holdings, L.L.C.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602
and
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

Re:
Chicago Commercial
Cross Creek Office Center
Flossmoor Commons (Professional), L.L.C.
Flossmoor Commons (Retail), L.L.C.
Glen Ellyn Venture Trust 37330
1920 Highland
Matteson
Palos Heights
Selmarten
Trans Am Plaza

Frontline Holdings, LLC
Attn:  Mitchell P. Kahn
707 Skokie Boulevard
Suite 580
Northbrook, IL  60062

17341695v.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-31336-JBS |
| | ) | |
| DVORKIN HOLDINGS, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |
| | ) | |
| | ) | Hearing Date:  June 24, 2014 |
| | ) | Hearing Time:  10:00 a.m. prevailing CT |

**CHAPTER 11 TRUSTEE'S MOTION FOR ORDER AUTHORIZING:
(I) THE ESTATE TO CONSUMMATE SALE OF REAL PROPERTY LOCATED
AT 3235 VOLLMER ROAD AND 19850-19870 KEDZIE AVENUE,
FLOSSMOOR, ILLINOIS, AND (II) OTHER RELIEF**

Gus A. Paloian, not individually or personally, but solely as the duly-appointed Chapter 11 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of the above-captioned debtor (the "Debtor"), through his attorneys, moves the Court (the "Motion") for entry of an order authorizing: (I) the Debtor in its capacity as manager of each of (a) Flossmoor-Plaza DH Holdings, L.L.C., a manager-managed Illinois limited liability company ("Flossmoor Holdings") and (b) Flossmoor Commons (Professional), L.L.C., a manager-managed Illinois limited liability company ("Flossmoor Professional," and together with Flossmoor Holdings, the "Sellers"), to take all necessary steps to consummate the sale of certain real estate located at 3235 Vollmer Road and 19850-19870 Kedzie Avenue, Flossmoor, Illinois (the "Property"), title of which is co-owned by Sellers, to Frontline Holdings, LLC (the "Buyer"), as is more fully set forth in the Real Estate Purchase and Sale Contract, as amended by (i) the First Amendment to Real Estate Purchase and Sale Contract, (ii) the Second Amendment to Real Estate Purchase and Sale Contract, and (iii) the Reinstatement and Third Amendment to Real Estate Purchase and Sale Contract (collectively, the "Sale Agreement") attached to Proposed Order filed herewith as

17341695v.1

**Exhibit A**; and (II) other relief.  In support of this Motion, the Trustee respectfully states as
follows:

## I.      JURISDICTION

1.      This Court has subject matter jurisdiction over this Motion pursuant to 28 U.S.C.
§§ 157 and 1334 and Internal Operating Procedure 15(a) of the United States District Court for
the Northern District of Illinois.

2.      Venue of the above-captioned case (the "Case") and this Motion is proper in this
District pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(N).

4.      The predicates for the relief requested herein are Sections 105 and 363 of title 11
of the United States Code (the "Bankruptcy Code") and Federal Rules of Bankruptcy Procedure
2002 and 6004.

## II.      PROCEDURAL BACKGROUND

5.      On August 7, 2012 ("Petition Date"), Debtor filed its voluntary petition for relief
under Chapter 11 of the Bankruptcy Code, thereby commencing the Case.   Loran Eatman ("Mr.
Eatman"), vice president of DH-EK Management Corp. ("DH-EK"), signed the petition as the
Debtor's authorized individual.

6.      On August 17, 2012, the Debtor filed its schedules of assets and liabilities and its
statement of financial affairs.  *See* Dkt. No. 11.  Thereafter, the Debtor filed a set of amended
schedules and an amended statement of financial affairs.  *See* Dkt. Nos. 20, 21, and 22.
According to the amended statement of financial affairs, Francine Dvorkin ("Mrs. Dvorkin") and
several Dvorkin family entities own a controlling interest in the Debtor.  Mrs. Dvorkin is married
to Daniel Dvorkin ("Mr. Dvorkin").

2

17341695v.1

7.      On August 30, 2013, Mr. Dvorkin was convicted in a criminal proceeding in the United States District Court for the Northern District of Illinois for his involvement in a murder-for-hire plot.  *See* Case No. 12 CR 00500, *USA v. Dvorkin*.

8.      On October 16, 2012, this Court approved the appointment of Gus A. Paloian as Chapter 11 Trustee in the Case.  On November 5, 2012, this Court granted the Trustee's Application to Retain Seyfarth Shaw as His Counsel, Retroactively.  *See* Dkt. No. 122.

### III.      FACTUAL BACKGROUND

9.      The Debtor, through its affiliates or related entities, is primarily involved in real estate investment and management.  The Debtor, either directly or through numerous limited liability companies and land trusts, possesses, or possessed, ownership interests in approximately seventy (70) parcels of real property.  *See* Amended Schedule B.

10.      The Trustee has filed applications to employ Brown Commercial Group, Inc., Colliers International, Entre Commercial Realty LLC, Marcus & Millichap Real Estate Investment Services, Prudential Rubloff Properties, CBRE, Inc., and NAI Hiffman as brokers to market and sell the real estate in which the Debtor possesses ownership interests, either directly or indirectly.  *See* Dkt. Nos. 174-178, 218-219.  On January 9, 2013, the Court entered orders approving the Trustee's applications to employ Brown Commercial Group, Inc., Colliers International, Entre Commercial Realty LLC, Marcus & Millichap Real Estate Investment Services, and Prudential Rubloff Properties.  *See* Dkt. Nos. 182, 184-187.  On March 11 and 18, 2013, the Court entered orders approving the retention of NAI Hiffman and CBRE, Inc.  *See* Dkt. Nos. 221, 224.

11.      Marcus & Millichap Real Estate Investment Services ("Broker") serves as broker for the sale of the Property.  *See* Dkt. No. 187.  The order approving the retention of Broker provides for payment of the Broker's commission at the closing of the sale of the Property

3

without need to file a further application, consisting of: (a) five percent (5%) of the first one

millions dollars ($1,000,000) of the sale proceeds; and (b) four percent (4%) for every dollar of

sale proceeds that exceed one million dollars ($1,000,000). *Id.* The Broker and its agents have

used their best efforts to prepare and implement a marketing and advertising plan designed to

target a wide variety of prospective purchasers and extensively marketed the Property for sale.

This included listing the Property on five channels of distribution, including over 40,000 brokers

and prospective purchasers, as well as a third party service with an even larger number of

recipients. The Property was also listed on the Broker's internal team website as well as Costar

and Loopnet, commercial property listing services. The Broker received three formal offers for

the Property, one of which was subsequently revoked.

12.     Trustee, on behalf of each Seller, and Buyer have negotiated the Sale Agreement,

which provides for the sale of the Property to Buyer for the purchase price of **$1,325,000**, subject

to approval by the Court. The Buyer's offer constitutes the highest and best offer received by the

Broker for the Property.

The Property

13.     The Property consists of approximately 3.376 acres of land area and including a

commercial building and other improvements thereon, which site is commonly known as

Flossmoor Commons Professional Building, 3235 Vollmer Road and 19850-19870 Kedzie

Avenue, Flossmoor, Illinois.

14.     The Property is subject to: (i) that certain Mortgage in favor of FirstMerit Bank,

N.A. ("Lender") dated May 29, 2008, and recorded June 6, 2008 (the "Mortgage"); and (ii) that

certain Assignment of Rents to Lender dated May 29, 2008, and recorded June 6, 2008 (the

"Assignment of Rents"), which secure Sellers' obligations to Lender pursuant to that certain

4

17341695v.1

Promissory Note in favor of Lender in the original principal amount of $2,400,000 (the "Note").

Approximately $3,436,537 is outstanding under the Note as of the date hereof.

15.    The Debtor is a guarantor of the Note.

### Settlement Agreement with Lender

16.    On July 23, 2013, the Court entered its Order Approving Trustee's Settlement

Agreement With FirstMerit Bank, N.A. Under Bankruptcy Rule 9019(a) [Dkt. No. 313],

approving the terms of that certain Settlement Agreement made as of June 25, 2013, by and

between Trustee and Lender (the "Settlement Agreement").

17.    The Settlement Agreement provides for, among other things, (i) the orderly

disposition of certain properties, including the Property, mortgaged to the Lender and (ii) the

reduction of FirstMerit's deficiency claim against Debtor by the amount of the net proceeds of

the sale of the such properties.

### The Sellers

18.    The Property is owned jointly by (i) Flossmoor Holdings, as to a 30% undivided

interest in the Property and (ii) Flossmoor Professional, as to a 70% undivided interest in the

Property.

### A. Flossmoor Holdings

19.    The Debtor owns 100% of the membership interests in Flossmoor Holdings and

also serves as its manager.

20.    Flossmoor Holdings is governed pursuant to that certain Operating Agreement of

Flossmoor-Plaza DH Holdings,  L.L.C. dated October 6, 2005 (the "Flossmoor Holdings

Operating Agreement").  Pursuant to the Flossmoor Holdings Operating Agreement, Flossmoor

Holdings is managed by one manager.  The manager of Flossmoor Holdings has "sole and

exclusive authority to operate, manage, conduct and control the affairs of the [Flossmoor

17341695v.1

Holdings].” The manager's authority to manage the Flossmoor Holdings includes the authority

to “sell, exchange, lease, license or otherwise deal in or with any and all assets of the [Flossmoor

Holdings]”. Therefore, the Debtor, as manager, possesses the sole authority necessary to

effectuate a sale of the Property on behalf of Flossmoor Holdings.

B. Flossmoor Professional

21.     The Debtor owns 89.29% of the membership interests in Flossmoor Professional

and also serves as its manager. The following entities or persons also own membership interests

in Flossmoor Professional: (i) Eatman Holdings, L.L.C., which is owned by Mr. Eastman, owns

7.14%; and (ii) Susan Gertler, as Trustee of the Inverrary Family Trust, owns 3.57%.

22.     Flossmoor Professional is governed pursuant to that certain Operating Agreement

of Flossmoor Commons (Professional), L.L.C. (as amended, the “Flossmoor Professional

Operating Agreement”). Pursuant to the Flossmoor Professional Operating Agreement,

Flossmoor Professional is managed by one manager. The manager of Flossmoor Professional

has “sole and exclusive authority to operate, manage, conduct and control the affairs of the

[Flossmoor Professional].” The manager's authority to manage the Seller includes the authority

to “sell, exchange, lease, license or otherwise deal in or with any and all assets of the [Flossmoor

Professional]”. Therefore, the Debtor, as manager, possesses the sole authority necessary to

effectuate a sale of the Property on behalf of Flossmoor Professional.

## IV.     RELIEF REQUESTED

23.     By this Motion, the Trustee requests that the Court enter an order in the form

attached hereto (“Order”) authorizing:  (i) the Trustee to exercise the Debtor's capacity as

manager of each Seller, to take all necessary steps to consummate the sale of the Property to

Buyer, including the payment of the Broker's commission as set forth in the order approving the

17341695v.1

Broker's retention without need for further application or order of the Court; and (ii) the use of

Estate assets to accomplish same.  The significant terms of the Sale Agreement are as follows[1]:

    a.    <u>Effective Date</u>.  The Effective Date for the Sale Agreement was April 21, 2014.

    b.    <u>Assets to be Sold</u>.  It is proposed that the Buyer purchase all of each Seller's right, title, and interest in and to that certain tract comprising approximately 3.376 acres of land area and including a commercial building and other improvements thereon, which site is commonly known as Flossmoor Commons Retail Center, 3235 Vollmer Road and 19850-19870 Kedzie Avenue, Flossmoor, Illinois, together with all of each Seller's right, title, and interest in and to any easements, rights-of-way or other interests in, on or to the described land, together with all improvements, fixtures, and personal property located thereon and the rights and appurtenances pertaining thereto, free and clear of all liens, claims, encumbrances, easements, rights-of-way, reservations, restrictions, and other matters affecting the Property, subject to certain permitted exceptions as set forth in the Sale Agreement.

    c.    <u>Purchase price</u>.  The purchase price for the Property is $1,325,000, all of which shall be due and payable to Sellers at closing.

    d.    <u>Earnest Money</u>.  Within two (2) business days of execution of the Sale Agreement by Buyer and Sellers, Buyer delivered to Chicago Title Insurance Company $66,250 to be held in escrow as earnest money.  Default under the Sale Agreement by Buyer shall result in forfeiture of the earnest money as liquidated damages.

    e.    <u>Condition of Property</u>.  Except as otherwise stated in the Purchase Agreement, Buyer is taking the Property on an "as is, where is" basis, without representation or warranty of any kind whatsoever.

    f.    <u>Subject To Buyer's Due Diligence</u>.  Buyer had until May 29, 2014, to perform reasonable and customary due diligence, during which time Buyer was able to terminate the Sale Agreement for any reason with the earnest money to be returned to Buyer.  The due diligence period has now expired.

    g.    <u>Termination</u>.  The Sale Agreement may be terminated by either party, among other reasons, if the closing date for the Sale Agreement has not occurred by August 5, 2014.

---

[1]    In the event of a discrepancy between the summary set forth in this Motion and the terms of the Sale Agreement, the Sale Agreement shall control.

17341695v.1

24.    The Trustee further requests that the Order provide:  (i) that the Trustee shall be permitted to use Estate assets to cause the wind down of the Seller in accordance with applicable law; and (ii) that notwithstanding Federal Rule of Bankruptcy Procedure 6004(h), the Sale Order shall not be stayed and shall be effective immediately upon entry.

## V.    LEGAL AUTHORITY

25.    Bankruptcy Code section 363(c)(1) provides in relevant part:  "the trustee may enter into transactions, including the sale or lease of property of the estate, in the ordinary course of business, without notice or a hearing, and may use property of the estate in the ordinary course of business without notice or a hearing."  Bankruptcy Code section 363(b)(1) provides in relevant part:  "The trustee, after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate."  Bankruptcy Code section 105(a) provides in relevant part:  "The Court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title."

26.    A use, sale, or lease of a debtor's assets should be authorized pursuant to Bankruptcy Code section 363 if a sound business purpose exists for doing so.  *See, e.g., Fulton State Bank v. Schipper*, 933 F.2d 513, 515 (7th Cir. 1991); *Committee of Equity Sec. Holders v. Lionel Corp. (In re Lionel Corp.)*, 722 F.2d 1063, 1070 (2d Cir. 1983); *In re Telesphere Communications, Inc.*, 179 B.R. 544, 552  (Bankr. N.D. Ill. 1999).

27.    Once the trustee articulates a valid business justification, "[t]he business judgment rule 'is a presumption that in making a business decision the directors of a corporation acted on an informed basis, in good faith and in the honest belief that the action was in the best interests of the company.'"  *In re S.N.A. Nut Company*, 186 B.R. 98, 102 (Bankr. N.D. Ill. 1995); *In re Integrated Resources, Inc.*, 147 B.R. 650, 656 (S.D.N.Y. 1992); *In re Johns-Manville Corp.*, 60

8

B.R. 612, 615-16 (Bankr. S.D.N.Y. 1986) ("A presumption of reasonableness attaches to a

Debtor's management decisions.").

28.     Indeed, when applying the "business judgment" rule, courts show great deference

to trustees' decision-making.  *See Summit Land Co. v. Allen (In re Summit Land Co.)*, 13 B.R.

310, 315 (Bankr. D. Utah 1981).  Thus, this Court should grant the relief requested in this

Motion if the Trustee demonstrates a sound business justification therefor.  *See Schipper*, 933

F.2d at 515; *In re Lionel Corp.*, 722 F.2d at 1071.

29.     The Trustee has sound business justifications for pursuing a sale of the Sellers'

Property at this time.  The Broker has sufficiently marketed the Property and the Sale Agreement

represents the highest and best offer received for the Property.  The sale of the Property and the

wind up of the Sellers will result in a reduction of Lender's claims against the Debtor.

Therefore, the Estate will benefit from the proposed transactions.

30.     In addition to showing a business justification, for a sale under Section 363 to be

approved, a trustee must show that:  (a) the price is fair and reasonable; (b) the purchaser acted in

good faith; and (c) adequate notice was provided.  *In re Engineering Products Co.*, 121 B.R. 246,

247 (Bankr. E.D. Wis. 1990).

31.     The Trustee submits that the price offered for the Property is fair and reasonable.

The Property was extensively marketed by the Broker through customary channels, and the offer

by the Buyer is the highest and best offer received by the Broker.

## NOTICE

32.     Bankruptcy Rule 2002 provides that at least twenty-one (21) days' notice of a

motion seeking a proposed use, sale, or lease of property of the estate other than in the ordinary

course of business must be given to the debtor and all creditors "unless the court for cause shown

17341695v.1

shortens the time or directs another method of giving notice." Fed. R. Bankr. P. 2002(a)(2).  In

an abundance of caution, the Trustee has provided twenty-one (21) days' notice of this Motion

to:  (i) the Office of the United States Trustee; (ii) creditors of the Estate; (iii) creditors and

members of each Seller; (iv) Buyer; (v) parties who expressed an interest in purchasing the

Property; and (vi) parties requesting notice in this bankruptcy case.  The Trustee respectfully

requests that the Court find and conclude that such notice is sufficient and that no other or further

notice is required.

WHEREFORE, the Trustee respectfully requests that the Court enter an order

authorizing:  (i) the Trustee to exercise the Debtor's capacity as manager of each Seller, to take

all necessary steps to consummate the sale of the Property to Buyer, including the payment of the

Brokers' commission as set forth in the order approving the Broker's retention without need for

further application or order of the Court; and (ii) the use of Estate assets to consummate the sale

of the Property and the wind up of the Seller; (iii) that notwithstanding Federal Rule of

Bankruptcy Procedure 6004(h), this Order shall not be stayed and shall be effective immediately

upon entry; and (iv) granting such other and further relief as this Court deems just and proper.

Dated:  June 3, 2014                                   Respectfully submitted,

                                                       GUS A. PALOIAN, not individually or
                                                       personally, but solely in his capacity as the
                                                       Chapter 11 Trustee of Debtor's Estate

                                                       By:/s/ Bret M. Harper_____

                                                           Gus A. Paloian (6188186)
                                                           James B. Sowka (6291998)
                                                           Bret M. Harper (6299968)
                                                           SEYFARTH SHAW LLP
                                                           131 South Dearborn Street, Suite 2400
                                                           Chicago, Illinois  60603
                                                           Telephone:  (312) 460-5000

17341695v.1

*Counsel to Chapter 11 Trustee Gus A. Paloian*

11