UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 12-31336 |
| DVORKIN HOLDINGS, LLC | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

**ORDER SUSTAINING TRUSTEE'S LIMITED
OBJECTION TO CLAIM NO. 9 OF ASM CAPITAL IV, L.P. SEEKING
REDUCTION OF THE ALLOWED AMOUNT OF THE CLAIM**

This matter coming to be heard on the Trustee's Objection to Claim No. 9 of ASM Capital IV, L.P. Seeking Reduction of the Allowed Amount of the Claim (the "Trustee's Objection"), due and proper notice having been given, and the Court having reviewed the pleadings and arguments of counsel on the Trustee's Objection, and being duly advised in the premises;

IT IS HEREBY FOUND AND DETERMINED THAT:

A. The Trustee's Objection is sustained as set forth herein; and

B. Claim No. 9 of ASM Capital IV, L.P. is hereby allowed as an unsecured claim in the amount of $2,799,649.26.

Enter: *Jacqueline Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: APR 29 2015

**Prepared by:**

Bret M. Harper (6299968)
SEYFARTH SHAW LLP
131 South Dearborn Street
Chicago, Illinois 60603-5577
Telephone: (312) 460-5000
bharper@seyfarth.com

Rev: 201100318_bko