UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 12-31336 |
| | ) | |
| DVORKIN HOLDINGS, LLC, | ) | Chapter: 11 |
| | ) | |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING CARPENTER LIPPS & LELAND LLP'S SECOND AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO CHAPTER 11 TRUSTEE GUS A. PALOIAN FOR THE PERIOD OF SEPTEMBER 1, 2013 TO MARCH 1, 2015**

Upon Carpenter Lipps & Leland LLP's ("CLL's") Second and Final Application for Compensation and Reimbursement of Expenses (the "Application") as Special Counsel to Chapter 11 Trustee Gus A. Paloian ("Trustee") for the Period of September 1, 2013 through March 1, 2015 (the "Application Period"); and it appearing that the Court has jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing to the Court that consideration of the Application and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing to the Court that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing to the Court that due and sufficient notice of the Application has been provided and that no other or further notice is required; and the Court having reviewed the Application and having heard the statement in support of the relief requested therein at a hearing before the Court (the "Hearing");

IT IS HEREBY ORDERED THAT:

1. The Notice of the Motion provided is sufficient and no further notice is required;

2. CLL is allowed on an interim basis $98,919.00 as reasonable compensation for actual and necessary legal services rendered to the Trustee during the Application Period;

3. CLL is allowed on a final basis $2,972.92 for actual and necessary expenses advanced on behalf of the Trustee during the Application Period;

4. The awards herein are allowed as an administrative expense of the Estate pursuant to 11 U.S.C. §§ 503(b)(2), and 507(a)(2);

5. Gus A. Paloian, not individually, but solely as the Debtor's Chapter 11 Trustee, is authorized to pay CLL the amounts awarded from the funds in the Estate; and

5. The amounts of $56,103.00 in compensation and $8,375.72 in expense reimbursement previously awarded and paid to CLL as counsel to the Trustee shall be deemed final.

Rev: 201100318_bko

Enter:

*[signature: Jacqueline Cox]*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: **MAY - 7 2015**

**Prepared by:**

Jonathan M. Cyrluk
Carpenter Lipps & Leland LLP
180 North LaSalle Street, Suite 2640
Chicago, Illinois 60601
Phone: 312-777-4300

As Counsel for Chapter 11 Trustee Gus A. Paloian

Rev: 201100318_bko