## IN THE UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Dvorkin Holdings, LLC

Debtor

_____

Colfin Bulls Fundings A, LLC

,

Plaintiff(s),

v.

Gus A. Paloian, not individually or personally
but soley in his capacity as the Chapter 11
Trusee of Debtor's Estate, Aaron Dvorkin,
Beverly Dvorkin, and Francine Dvorkin


_____

      ,

Defendant(s).

Case No.  15-cv-6074

Judge  Robert M. Dow

### **ORDER**

For the reasons set forth in the Memorandum Opinion and Order,  the Bankruptcy Court's
decision is reversed in part and the case is remanded to the Bankruptcy Court to: (1) determine
the appropriate rate of postpetition interest to award Creditor in light of this opinion, Creditor's
contracts, and any relevant equitable considerations; (2) determine whether Creditor's amended
proof of claim is timely under Section 6.4 of the Plan and, if it is not, address Creditor's
arguments concerning why its amended proof of claim should nonetheless be accepted; and (3)
make a distribution of 30 funds in the appropriate amount to Creditor. Finally, the parties are
requested to file on the docket in Case No. 15-cv-10512 (the related appeal) no later than April
15, 2016 a statement of position in regard to whether that appeal is moot in light of this opinion.


Date:  3/29/2016

/s/ Robert M. Dow, Jr.
_____
United States District Judge