## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Colfin Bulls Funding A, LLC )  |  | |
|     Appellant ) | | |
| ) | | Case No: 15 C 11065 |
| v. ) | | |
| ) | | Judge   Milton I. Shadur |
| DH Mortgage Holder, LLC, et al. ) | | |
|     Appellee ) | | |

## **ORDER**

This is a final judgment reversing the Bankruptcy Court's November 25, 2015 order that is the subject of this appeal. If it is hereafter determined in the underlying bankruptcy case that the Settlement Agreement is null and void under Settlement § 8, this Court holds that ColFin Bulls will be the owner of the entire Lynwood Claim, just as it was before it entered into the Settlement Agreement and then executed the Assignment. Finally, whether or not it is hereafter determined in the underlying bankruptcy case that the Settlement Agreement is null and void under Settlement § 8, this Court holds that ASM Capital's Proof of Claim is denied and that any order substituting DH Mortgage Holder for ASM Capital in that regard is hereby vacated.   Enter Memorandum Opinion and Order.


Date:   April 26, 2016                           /s/   Judge Milton I. Shadur