**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-31336-JPC |
| | ) | |
| **DVORKIN HOLDINGS, LLC,** | ) | Chapter 11 |
| | ) | |
| | ) | Hon. Jacqueline P. Cox |
| **Debtor.** | ) | Hearing Date:  November 30, 2017 |
| | ) | Hearing Time: 9:30 a.m. |

**COVER SHEET FOR FIRST AND FINAL APPLICATION OF**
**POPOWCER KATTEN, LTD., FOR COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES AS ACCOUNTANTS FOR THE ESTATE**

<u>Name of Applicant</u>:                            Popowcer Katten, Ltd., Accountants

Authorized to Provide
<u>Professional Services to</u>:                    The Estate

Date of Order Authorizing
<u>Employment</u>:                                    June 4, 2014

Period for which Compensation
<u>and Reimbursement is Sought</u>:           June 4, 2014 through December 31, 2016

<u>Amount of Final Fees Sought</u>:           $57,765.50

Amount of Final Expense
<u>Reimbursement Sought</u>:                    $     12.75

<u>This is an</u>:     X    Final             Interim Application.

<u>Prior Applications</u>                 <u>Date Filed</u>    <u>Amount Requested</u>          <u>Amount Awarded</u>

None

Dated:  November 9, 2017                        Respectfully submitted,

                                                Popowcer Katten, Ltd., Accountants


                                                By:  /s/ Lois West
                                                    Lois West, CPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-31336-JPC |
| | ) | |
| **DVORKIN HOLDINGS, LLC,** | ) | Chapter 11 |
| | ) | |
| **Debtor.** | ) | Hon. Jacqueline P. Cox |
| | ) | Hearing Date:  November 30, 2017 |
| | ) | Hearing Time: 9:30 a.m. |

**NOTICE OF FIRST AND FINAL APPLICATION FOR COMPENSATION AND
EXPENSE REIMBURSEMENT OF POPOWCER KATTEN, LTD. AND HEARING**

**TO:     PARTIES ON ATTACHED SERVICE LIST**

　　　**PLEASE TAKE NOTICE** that on November 9, 2017, Popowcer Katten, Ltd. (the

"Applicant") filed its **First and Final Application for Compensation and Reimbursement of**

**Expenses of Popowcer Katten, Ltd., Accountants to Chapter 11 Trustee Gus A. Paloian for**

**the Period of June 4, 2014 through December 31, 2016** (the "Application") with the United

States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Bankruptcy

Court").  In the Application, Applicant seeks final compensation in the amount of $57,765.50

and final reimbursement of expenses in the amount of $12.75. The Application is being served

contemporaneously with this Notice upon each party receiving notice in the above-captioned

case pursuant to the Bankruptcy Court's CM/ECF system.  All other parties may obtain copies of

the Application upon request to: Ms. Jennifer M. McManus, Seyfarth Shaw LLP, 233 South

Wacker Drive, Suite 8000, Chicago, Illinois 60606; jmcmanus@seyfarth.com.

　　　**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Application will

be held before the Honorable Jacqueline P. Cox, United States Bankruptcy Judge for the United

States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in the courtroom

normally occupied by Her Honor, Courtroom 680, located at 219 South Dearborn Street,

Chicago, Illinois 60604, on **November 30, 2017, at 9:30 a.m. prevailing Central Time**, or as

soon thereafter as the undersigned counsel may be heard.

Dated:  November 9, 2017                      Respectfully submitted,

                                             Popowcer Katten, Ltd., Accountants


                                             By: /s/ Lois West_____
                                                   Lois West, CPA

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney certifies that on this 9th day of November, 2017, pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), he caused a copy of the attached:

1.      **Notice of First and Final Application for Compensation and Expense Reimbursement and Hearing** and **First and Final Application for Compensation and Reimbursement of Expenses of Popowcer Katten, Ltd., Accountants to Chapter 11 Trustee Gus A. Paloian for the Period of June 4, 2014 through December 31, 2016** to be served (1) electronically upon those parties who receive notice through the ECF system, which parties are so noted on the attached Service List; and (2) via First Class U.S. Mail, postage prepaid, upon Patrick S. Layng, Office of the U.S. Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL  60604; and

2.      **Notice of First and Final Application for Compensation and Expense Reimbursement of Popowcer Katten, Ltd. and Hearing** to be served via First Class U.S. Mail, postage prepaid, upon each of the parties so noted on the attached Service List.


/s/ Bret M. Harper
Bret M. Harper

42141300v.1

**DVORKIN HOLDINGS, LLC**
**Case No. 12-31336**

## CM/ECF ELECTRONIC MAIL DISTRIBUTION

| | |
|---|---|
| Jonathan E. Aberman | jaberman@vedderprice.com, ecfdocket@vedderprice.com |
| R. Scott Alsterda | rsalsterda@nixonpeabody.com |
| Samantha Babcock | sbabcock@chuhak.com; rsaldivar@chuhak.com |
| Gary I. Blackman | gblackman@lplegal.com; slevandowski@lplegal.com; druiz@lplegal.com |
| Timothy W. Brink | timothy.brink@dlapiper.com; docketingchicago@dlapiper.com; william.guthrie@dlaiper.com |
| Kurt M. Carlson | kcarlson@carlsondash.com, knoonan@carlsondash.com |
| David Chroust | david.chroust@icemiller.com |
| William J. Connelly | wconnelly@hinshawlaw.com; psullivan@hinshawlaw.com |
| Jonathan M. Cyrluk | cyrluk@carpenterlipps.com; haas@carpenterlipps.com |
| Michael J. Davis | mdavis@archerbay.com; davislaw80@gmail.com; jgreene@archerbay.com; llarson@archerbay.com |
| Jeffrey W. Finke | jwfinke@mindspring.com |
| Robert M. Fishman | rfishman@shawfishman.com |
| Whitney Fogelberg | wfogelberg@vedderprice.com |
| Matthew T. Gensburg | gensburgm@gtlaw.com; rosenthalr@gtlaw.com chidocket@gtlaw.com; ChiBkyDocket@gtlaw.com; greenbergc@gtlaw.com; sullivanka@gtlaw.com |
| Joshua D. Greene | jgreene@davisgreenelaw.com |
| Michael J. Gunderson | mgunderson@gundersontharp.com; lopez@gundersontharp.com |
| David A. Kallick | dkallick@tishlerandwald.com |
| Robin K. Kish | rkish@kdaolaw.com |
| David L. Kane | dkane@mpslaw.com; dnichols@mpslaw.com; mpslawllc@gmail.com; jlitwin@mpslaw.com |
| Gina B. Krol | gkrol@cohenandkrol.com; jhazdra@cohenandkrol.com; pmchugh@cohenandkrol.com |
| Forrest B. Lammiman | flammiman@mpslaw.com; dkane@mpslaw.com; srogovin@mpslaw.com; dnichols@mpslaw.com; mpslawllc@gmail.com; jlitwin@mpslaw.com |
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |
| David P. Leibowitz | dleibowitz@lakelaw.com; czuniga@lakelaw.com; jstorer@lakelaw.com; ecf@lakelaw.com |
| Emily N. Masalski | masalski@dlec.com, emasalski@yahoo.com |
| Colleen E. McManus | cmcmanus@carlsondash.com; kcarlson@carlsondash.com; knoonan@carlsondash.com; jbubacz@carlsondash.com |
| Kevin H. Morse | khmorse@arnstein.com |
| Paul T. Musser | paul.musser@kattenlaw.com |
| Matthew A. Olins | maolins@duanemorris.com |
| Marc S. Reiser | mreiser@shawfishman.com; jhampton@shawfishman.com |
| Thomas M. Paris | tp@tomparislaw.com |
| Rebecca D. Rosenthal | rosenthalr@gtlaw.com |

| | |
|---|---|
| Peter A. Siddiqui | peter.siddiqui@kattenlaw.com |
| Jean Soh | jsoh@polsinelli.com; jswitzer@polsinelli.com |
| Lawrence A. Stein | lstein@huckbouma.com; lkoster@huckbouma.com |
| Peter D. Sullivan | psullivan@hinshawlaw.com |
| Jerry L. Switzer | jswitzer@polsinelli.com, chicagodocketing@polsinelli.com |
| William W. Thorsness | wthorsness@vedderprice.com; ecfdocket@vedderprice.com |
| Michael L. Tinaglia | mltinaglia@tinaglialaw.com; jmwretzky@tinaglialaw.com |
| John R. Weiss | jrweiss@duanemorris.com |
| Stephen G. Wolfe | steve.g.wolfe@usdoj.gov; jennifer.r.toth@usdoj.gov |

42141300v.1

## SERVICE LIST

### VIA UNITED STATES MAIL

Patrick S. Layng
c/o Stephen G. Wolfe
Office of the U.S. Trustee, Region 11
219 S. Dearborn Street, Room 873
Chicago, IL  60604

Tishler & Wald (not deliverable at this address)
200 S. Wacker Drive, Suite 3000
Chicago, IL  60606

North Shore Bank
7800 Lincoln Avenue
Skokie, IL  60077

Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

1 Transam Plaza (Oakbrook Terrace) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

1000 N. Halsted LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

1055 W 175th (Homewood) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

1101 Tower Rd (Schaumburg) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Dvorkin Holdings, LLC
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

A-Plus Plumbing, Inc.
733 W. Estes Avenue
Schaumburg, IL  60193

Blue Star Holdings LLC
c/o Michael Tuchman
2 N. LaSalle Street, Suite 1300
Chicago, IL  60602

Dahl & Bonadies, LLC
James E. Dahl
30 N. LaSalle Street, Suite 1500
Chicago, IL  60602

MB Financial Bank, N.A.
Attn:  Mark Kosminskas
6111 N. River Road
Rosemont, IL  60018

McGrath Lexus of Westmont
500 E Ogden Avenue
Westmont, IL  60559-1228

Toyota Motor Credit Corporation (TMCC)
P.O. Box 8026
Cedar Rapids, IA  52408-8026

Dan Air Holdings, L.L.C.
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

7

11824 S.W. Highway (Palos Heights) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Daniel Dvorkin
1636 Highland Avenue
Lombard, IL  60148

1203 Maple (Lisle), LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Daniel G. Dvorkin Insurance Trust
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

1230 S. Highland (Lombard) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Daniel G. Dvorkin Revocable Trust
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

125-165 W. Dundee Road (Buffalo Grove),
LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Daniel Hyman
Millenium Properties
200 W. Madison Avenue, 36th Floor
Chicago, IL  60606

1275 Davis (Elgin), L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

DDL Property Limited
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

1611 Stewart Street LLC
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL  60602

Debi Kight
DDL Property
One Trans Am Plaza Dr., Suite 120
Oakbrook Terrace, IL  60181

1920 S. Highland (Lombard), L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Department of the Treasury
Internal Revenue Service
P.O. Box  7346
Philadelphia, PA  19101-7346

1941 Selmartin (Aurora), L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

DH-EK Management Corporation
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

2150 N. Clybourn (Chicago) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Dupage Office Leasing, Inc.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL  60602

8

2200 South Main (Lombard) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Dvorkin Children's Trust dated March 5, 1998
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

246 E. Janta (Lombard), LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

EIS Kalt LLC
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

25210 W. Reed Street (Channahon), LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Epaminodas Karvelas
Christopher Karvelas
Emersons Street Grill, Inc.
113 S. Emerson
Mt. Prospect, IL  60056

328 S. Jefferson (Chicago) SG, L.L.C.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL  60602

Esther Jackson
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

3330-40 West Dundee (Northbrook) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Farnsworth (Aurora) Bisel, L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

444 N. Wabash (Chicago), LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Farnsworth (Aurora) Lando LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

4949-5001 W. Oakton Residential Financing
(Skokie) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Flossmoor - Plaza DH Holdings, L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

4949-5001 W. Oakton Retail (Skokie) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Flossmoor Commons (Professional), L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

560 West Washington (Chicago), L.L.C.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

Flossmoor Commons (Retail), L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

9

606 W. Roosevelt (Chicago), L.L.C.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

6200 N. Rockwell (Chicago) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL 60505

640-650 Lake Street, L.L.C.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

920 Roosevelt (West Chicago), L.L.C.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

956 N. Neltnor (West Chicago), L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL 60505

975 Nerge (Roselle) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL 60505

Aaron Trust
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL 60181

Aaron's Children's Trust
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL 60181

Ariel Weissberg
Weissberg & Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, IL 60605

Francine Dvorkin Revocable Trust
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL 60181

Glenwood Residential, L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL 60505

Golden Holdings, L.L.C.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

Goldfarb Properties, LLC
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL 60181

Greystone Associates, Inc.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

Highland Avenue Qualified Personal
Residence Trust
One Trans Am Plaza Drive, Suite 120
Oakbrook Terrace, IL 60181

Inverarry Family Trust
1220 Rudolph Dr., Apt. 2F
Northbrook, IL 60062

Jackie Cullen
1 Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL 60181

Jackson Trust
Esther/Julianne Jackson
4075 W. Bonanza Drive
Beverly Hills, FL 34465

10

Auto Gallery Chicago, LLC
Peter Alvarez
12 W. Factory Road
Addison, IL  60101

Ambry Estates Joint Venture (Lynwood), LLC
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL  60602

American Equine Insurance Group, LTD.
Michael J. Morrisroe
114 S. Bloomingdale Road
Bloomingdale, IL  60108

Ameriprise Financial Services, Inc.
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

Barone & Jenkins, P.C.
Anthony G. Barone
635 Butterfield Rd., Suite 145
Oakbrook Terrace, IL  60181

Barry Milowitz
The Milowitz Office
3 Wyldwood
Tarrytown, NY  10591

Beit Dan, L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Belmont Financial Group, Inc.
Belmont Bank & Trust
BFKPN Corporate Services Inc.
8250 W. Belmont Avenue
Chicago, IL  60634

Kinman Enterprises, L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Steve Kling
Colliers International
6250 N. River Road, Suite 11-100
Rosemont, IL  60018

Leah - Beverly Trust
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

Levenfeld Pearlstein
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL  60602

Lynwood DT Investors LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Lynwood Land Company, L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

M. Morgan Trust
23123 N. Cardenas
Sun City W, AZ  85375

Matteson, LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

11

Beverly Dvorkin
700 W. Grand Avenue, Apt. 5
Chicago, IL  60654-5173

Beverly Children's Trust
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL 60181

Blue Star Gearing, LLC
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

Blue Star Properties, Inc.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

Bruce Teitelbaum
1363 Shermer Rd., Ste. 212
Northbrook, IL 60062

BT Holdings, LLC
Rakik Boughadou
1200 Harger Road
Suite 325
Oak Brook, IL 60523

Caryn Kolton
c/o Keith Kolton
2929 W. Balmoral
Chicago, IL 60625

Channahon Plaza, L.L.C.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

Midland Equities
Charles Hold
One Trans Am Plaza Drive
Suite 310
Oakbrook Terrace, IL  60181

Nigel and Ellen Rhodes
1980 W. Downer Place
Aurora, IL  60508

North Shore Community Bank & Trust
c/o Robert J. Huguelet Jr., PC
10749 Winterset Drive
Orland Park, IL  60467

Northgate Plaza (Aurora), L.L.C.
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL 60181

BDO USA LLP
Sharyl A. Ross, CPA
9500 Bryn Mawr Ave., Suite 300
Rosemont, IL  6018-5257

Oak West (Oakbrook Terrace) Office LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL 60505

Oxford Bank & Trust
Attn:  Devon J. Eggert
Freeborn & Peters LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL  60606

Plaza (Arlington Heights) Office LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL 60505

Chicago Commercial, L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL 60505


Craig Golden
Blue Star Properties, Inc.
600 W. Van Buren Street, Suite 1000
Chicago, IL 60607

Craig Yale
2801 Lakeside Drive
Suite 207
Bannockburn, IL  60015

Texas 1845 LLC
Michael Mulcaby
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601

Star Park LLC
c/o Richard M. Goldwasser
Schoenberg Finkel Newman & Rosenberg
222 S. Riverside Plaza, Suite 2100
Chicago, IL  60606


Schaumburg Bank & Trust Company
c/o Samantha Licker
Garfield & Merel, Ltd.
180 N. Stetson, Suite 1300
Chicago, IL  60601

Dyek-O'Neal, Inc. returned undel. as addressed
P.O. Box 13370
Arlington, TX  76094

Private Bank & Trust Co.
PrivateBank Corp.
James Thompson, Managing Director
The Private Bank and Trust Company
70 W. Madison, Suite 200
Chicago, IL 60602


Rachel Dvorkin
undeliverable as addressed
1653 Pebblebeach Circle
Elgin, IL 60123

Sterling 18th Street LLC
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

Sierra Office Solutions LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL 60505


Stoller-Lieberman Holdings
undeliverable as addressed
James Stoller
The Building Group
1045 W. Lawrence Avenue
Chicago, IL 60640

Zifco Corporation
Ed Zifkin
513 Central Avenue, Suite 400
Highland Park, IL  60035

David D. O'Sullivan
Springer, Brown, Covey, Gaertner & Davis,
LLC
1755 S. Naperville Road, Suite 200
Wheaton, IL  60189

42141300v.1

Chicago Title Land Trust Company as Trustee
for Trusts
C T Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604
and
Robert Kuzma
10 S. LaSalle, Suite 2750
Chicago, IL 60603

Re:
Land Trust 34383
Land Trust 1636-Y
Land Trust 42470
Land Trust 43314
Land Trust 44203
Land Trust 44204
Land Trust 94-6075
Land Trust 95-6296

John Robert Weiss
DUANE MORRIS LLP
190 S. LaSalle St., Suite 3700
Chicago, IL 60603-3433

Eatman Holdings, L.L.C.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602
and
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

Re:
Chicago Commercial
Cross Creek Office Center
Flossmoor Commons (Professional), L.L.C.
Flossmoor Commons (Retail), L.L.C.
Glen Ellyn Venture Trust 37330
1920 Highland
Matteson
Palos Heights
Selmarten
Trans Am Plaza

Loran Eatman
Dvorkin Holdings, LLC
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL 60181

14

42141300v.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-31336-JPC |
| | ) | |
| **DVORKIN HOLDINGS, LLC,** | ) | Chapter 11 |
| | ) | |
| | ) | Hon. Jacqueline P. Cox |
| **Debtor.** | ) | Hearing Date: November 30, 2017 |
| | ) | Hearing Time: 9:30 a.m. |

**FIRST AND FINAL APPLICATION OF POPOWCER KATTEN, LTD. FOR**
**ALLOWANCE OF COMPENSATION AS ACCOUNTANTS FOR THE ESTATE**

Popowcer Katten, Ltd.. ("Popowcer"), tax accountants for the Bankruptcy Estate of

Canopy Financial, Inc.(the "Estate") respectfully presents its First and Final Application for the

Allowance of Compensation (the "Application") for services rendered and to be rendered as

accountants on behalf of Gus A. Paloian, not individually but solely as the Chapter 7 Trustee

("Trustee") for the period of June 4, 2014 through December 31, 2016 (the "Application

Period").  In support of this Application, Popowcer states as follows:

**FACTUAL AND PROCEDURAL BACKGROUND**

1.      On August 7, 2012 ("Petition Date"), Debtor filed its voluntary petition for relief

under Chapter 11 of the Bankruptcy Code, thereby commencing the Case. Loran Eatman ("Mr.

Eatman"), vice president of DH-EK Management Corp., ("DH-EK") signed the petition as the

Debtor's authorized individual.

2.      On August 17, 2012, the Debtor filed its schedules of assets and liabilities and its

statement of financial affairs.  *See* Dkt. No. 11.  Thereafter, the Debtor filed a set of amended

schedules and an amended statement of financial affairs.  *See* Dkt. Nos. 20, 21, and 22.

According to the amended statement of financial affairs, Francine Dvorkin ("Mrs. Dvorkin") and

42141300v.1

several Dvorkin family entities own a controlling interest in the Debtor. Mrs. Dvorkin is married to Daniel Dvorkin ("Mr. Dvorkin").

3.    On August 30, 2013, Mr. Dvorkin was convicted in a criminal proceeding in the United States District Court for the Northern District of Illinois for his involvement in a murder-for-hire plot. *See* Case No. 12 CR 00500, USA v. Dvorkin. It appears that the alleged intended victim was involved in a DuPage County lawsuit brought by an entity named Texas 1845, LLC, which resulted in a multimillion dollar judgment against the Debtor and Mr. Dvorkin in February of 2012. The Debtor's counsel has represented that Mrs. Dvorkin terminated Mr. Dvorkin's relationship with the Debtor approximately two weeks after his arrest, and then put Mr. Eatman in control of the Debtor shortly before the filing of this case.

4.    On October 16, 2012, this Court approved the appointment of Gus A. Paloian as Chapter 11 Trustee in the Case. On November 5, 2012, this Court granted the Trustee's Application to Retain Seyfarth Shaw as His Counsel, Retroactively. See Dkt. No. 122.

5.    By its Order of June 4, 2014, this Court authorized the Trustee to employ Popowcer as accountants for the Estate. A copy of the June 4, 2014 order is attached hereto as **Exhibit 1**.

## EXTENT AND NATURE OF SERVICES RENDERED

6.    Popowcer has advised the Trustee as to the Estate tax matters and performed accounting services including preparation of federal and state partnership income tax returns for the years ended December 31, 2012 and December 31, 2013. Popowcer consulted on various tax issues and responded to multiple tax notices.

7.    In this Application, Popowcer seeks the allowance of $57,765.50 in final compensation for necessary services rendered and reimbursement of expenses in the amount of

42141300v.1

$12.75.  A copy of Popowcer's invoice identifying the services provided is attached hereto as **Exhibit 2**.

## PRIOR COMPENSATION

8.      This is the first and final application that Popowcer will file in the case.

9.      Popowcer has not previously received payment of any compensation for services rendered in connection with this case.  Popowcer has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Popowcer.

## STATUS OF CASE

10.     The Trustee has completed his administration of this case.  The Trustee's final decree has been filed simultaneously herewith.

## RELIEF REQUESTED

WHEREFORE, Popowcer requests the entry of an Order:

A.      Allowing Popowcer final compensation in the amount of $57,765.50;

B.      Allowing Popowcer final expense reimbursement in the amount of $12.75

C.      Authorizing the Trustee to pay Popowcer the amount of $57,765.50 in compensation and reimburse expenses in the amount of 12.75, as part of Trustee's final distribution in this case from the funds on hand in the Estate; and

D.      Granting such other and further relief as this Court deems proper.

Dated: November 9, 2017                    Respectfully submitted,

                                           Popowcer Katten, Ltd.,
                                           Accountants


                                           By:/s/ Lois West_____
                                               Lois West, CPA

3

# EXHIBIT 1

42141300v.1

# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   12-31336 |
| | ) | |
| DVORKIN HOLDINGS, LLC, | ) | Chapter: 11 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING CHAPTER 11 TRUSTEE'S APPLICATION
## TO EMPLOY POPOWCER KATTEN, LTD. AS HIS ACCOUNTANT

Upon the Application (the "Application") of Chapter 11 Trustee (the "Trustee") for Entry of an Order Authorizing the Employment of Popowcer Katten, Ltd. ("PKL") as his Accountant; and upon the Affidavit of Lois West (the "West Affidavit"); due and adequate notice of the Application having been provided and no other or further notice being required;

IT IS ORDERED THAT:

1.    The Application is granted.

2.    The notice of the Application as given is deemed sufficient and proper.

3.    In accordance with 11 U.S.C. §§ 105(a), 327(a), 327(c) and 328(a), and Federal Rules of Bankruptcy Procedure 2002(a)(6), the retention and employment of PKL, on the terms and conditions described in the Application and the West Affidavit, is authorized and approved.

4.    The Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

Enter: _____

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  June 03, 2014

**Prepared by:**

James B. Sowka (6291998)
SEYFARTH SHAW LLP
131 S. Dearborn Street, Suite 2400
Chicago, IL  60603
Telephone:  (312) 460-5000
jsowka@seyfarth.com

Counsel to Chapter 11
Trustee Gus A. Paloian

# EXHIBIT 2



**POPOWCER KATTEN, LTD.**
CERTIFIED PUBLIC ACCOUNTANTS

**Invoice No. 29364**

35 EAST WACKER DRIVE
SUITE 690
CHICAGO, IL 60601-2106
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- Dvorkin Holdings, LLC  (12-31336)
- Seyfarth Shaw LLP
- c/o Gus A. Paloian, Trustee
- 233 S. Wacker Drive, Suite 8000
- Chicago, IL 60606

**Date:** November 1, 2017                    **Account No.:** PAL1026L

For Professional Services Rendered:

For accounting and tax services rendered for the period June 27, 2014 through December 31, 2016, including preparation of federal and state partnership income tax returns for the years ended December 31, 2012 and December 31, 2013.  Time included for consulting on various tax issues.

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|  | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L. West | Bankruptcy Specialist | 143.4 | $255. | $ 36,567.00 |
| L. West | Bankruptcy Specialist | 20.4 | 250. | 5,100.00 |
| L. West | Bankruptcy Specialist | 6.1 | 245. | 1,494.50 |
| B. Glusak | Tax Manager | 34.7 | 245. | 8,501.50 |
| J. Chari | Tax Staff | 30.3 | 200. | 6,060.00 |
| L. Johnson | Administrative Staff | .5 | 85. | 42.50 |
|  | Total fees : | 235.4 |  | $ 57,765.50 |

**Expenses:**
Messenger Service                                                                    12.75

Total due:                                    $ 57,778.25

### DVORKIN HOLDINGS LLC  (12-31336)

**Time Sort by Date**

## ACCOUNTING & TAX SERVICES

| Date | Description | Time | Professional | Rate | Amount |
|------|-------------|------|--------------|------|--------|
| 6/27/2014 | Tax Consulting - Review 2010 return - phone call with G. Paloian to discuss tax issues. | 0.8 | L. West | $245 | 196.00 |
| 8/28/2014 | Tax Consulting - Received settlement agreement from trustee - review in preparation of phone call.  Review entity types filing within the LLC. | 1.2 | L. West | $245 | 294.00 |
| 8/28/2014 | Tax Consulting - Phone call with G. Paloian re: DH Mortgage Holdings LLC. | 0.5 | L. West | $245 | 122.50 |
| 9/3/2014 | Tax Consulting - Phone call with G. Paloian and Loran Eatman re: various tax return issues. | 0.5 | L. West | $245 | 122.50 |
| 10/29/2014 | Tax Consulting - Phone call with G. Paloian re: moving forward with tax return preparation.  Debtor's prior accountant is in the process of preparing 2011 return. | 0.3 | L. West | $245 | 73.50 |
| 10/30/2014 | Tax Consulting - Phone call with Loran Eatman re: status of returns for 2011.  Requested copies of K-1's for 2012 and 2013 for lower tier entities.  Left message for Sharyl Ross of BDO - debtor's accountant re: status of returns for 2011 and 2012. | 0.5 | L. West | $245 | 122.50 |
| 11/3/2014 | Tax Return Preparation - Received six emails from Dvorkin management with 2012 K-1's and rental schedules for various properties.  Copy and store electronically for future use in tax return preparation. | 0.8 | L. West | $245 | 196.00 |
| 11/5/2014 | Tax Services - Phone call with Sharyl Ross from BDO former tax accountant re: preparation of 2011 and 2012 returns. | 0.5 | L. West | $245 | 122.50 |
| 11/6/2014 | Tax Services - Phone call with Loran Eatman re: preparation of 2011 and 2012 returns. | 0.2 | L. West | $245 | 49.00 |
| 11/13/2014 | Tax Consulting - Phone call with G. Paloian re: Goldfarb entities. | 0.3 | L. West | $245 | 73.50 |
| 11/18/2014 | Tax Consulting - Phone call with L. Eatman re: Goldfarb entities - received settlement from J. McManus.  Reviewed agreement and responded to Amanda's (BDO accountant) question re: how to treat on 2011 tax returns. | 0.5 | L. West | $245 | 122.50 |
| 3/13/2015 | Tax Return Preparation - Prepare form 7004 - request to extend time to file partnership return for 2014. | 0.3 | L. West | $250 | 75.00 |
| 6/9/2015 | Tax Services - Phone call with G. Paloian re: status of tax return preparation.  Email to Amanda (BDO) re: status of 2011 return and Illinois schedule NLD.  Review documents available - discuss project with L. Popowcer. | 0.8 | L. West | $250 | 200.00 |
| 6/10/2015 | Administrative - Retrieve from electronic files and print K-1 documents and rental schedules for 2012. | 0.5 | L. Johnson | $85 | 42.50 |

### DVORKIN HOLDINGS LLC  (12-31336)

Time Sort by Date

## ACCOUNTING & TAX SERVICES

| Date | Description | Time | Professional | Rate | Amount |
|------|-------------|------|--------------|------|--------|
| 6/12/2015 | Tax Consulting - Review Information received from client re: 2012 and 2013 rental activity.  Phone call with L. Eatman and J. Cullen re: potential income for 2012 - 2014 years.  Review information from trustee - forms 1 & 2 and begin recap of 2012 trustee activity. | 2.4 | L. West | $250 | 600.00 |
| 6/12/2015 | Tax Return Preparation - Set up spreadsheet to recap income from information provided by client for 2012.  Begin recap of trustee activity for 2013 - purpose to calculate hold back for final distribution. | 3.2 | L. West | $250 | 800.00 |
| 6/13/2015 | Tax Return Preparation - Prepare spreadsheet and enter 2013 information.  Begin recap of 2014 trustee cash activity. | 2.8 | L. West | $250 | 700.00 |
| 6/23/2015 | Tax Return Preparation - Continue with projection of potential tax liability calculation for 2013 and 2014. | 4.3 | L. West | $250 | 1,075.00 |
| 6/24/2015 | Tax Return Preparation - Continue to summarize trustee transactions for 2014.  Review 2010 return.  Phone call with G. Paloian re: holdback amount.  Phone call with L. Eatman: status of 2014 information for subs.  Email to Sharyl Ross re: type of trusts that are members of the LLC. | 5.9 | L. West | $250 | 1,475.00 |
| 7/13/2015 | Tax Return Preparation - Review list of entities from J. Cullen for 2012 information available (form K-1's and Schedule E) compare against information already received for 2012.  Email to Jacki Cullen requesting missing information. | 0.7 | L. West | $250 | 175.00 |
| 8/10/2015 | Tax Return Preparation - Meet with L. West re: proforma of 2011 tax information into software. | 0.3 | J. Chari | $200 | 60.00 |
| 8/11/2015 | Tax Return Preparation - Begin set up of 2011 information into tax software - input depreciation schedules. | 3.2 | J. Chari | $200 | 640.00 |
| 8/12/2015 | Tax Return Preparation - Additional work on input of depreciation schedules into tax software. | 2.0 | J. Chari | $200 | 400.00 |
| 8/13/2015 | Tax Return Preparation - Set up K-1 entities into tax software program. | 4.8 | J. Chari | $200 | 960.00 |
| 8/17/2017 | Tax Return Preparation - Set up Schedule E entities (form 8825) into tax software program. | 3.5 | J. Chari | $200 | 700.00 |
| 8/26/2015 | Tax Return Preparation - Additional work on K-1 and Form 8825 entities setup for 2012 return preparation. | 1.5 | J. Chari | $200 | 300.00 |
| 8/27/2015 | Tax Return Preparation - Set up balance sheet accounts and miscellaneous items into tax software preparation. | 2.8 | J. Chari | $200 | 560.00 |
| 9/14/2015 | Tax Return Preparation - Received missing information - update software input. | 2.0 | J. Chari | $200 | 400.00 |
| 9/15/2015 | Tax Return Preparation - Review input of items re: depreciation schedules. | 3.2 | J. Chari | $200 | 640.00 |

## DVORKIN HOLDINGS LLC  (12-31336)

### Time Sort by Date

#### ACCOUNTING & TAX SERVICES

| Date | Description | Time | Professional | Rate | Amount |
|------|-------------|------|--------------|------|--------|
| 10/7/2015 | Tax Return Preparation - Review input and compare to 2011 printed return for variances. | 5.3 | J. Chari | $200 | 1,060.00 |
| 10/8/2015 | Tax Return Preparation - Finalize proforma return input for 2012 beginning balances. | 1.7 | J. Chari | $200 | 340.00 |
| 1/6/2016 | Tax Return Preparation - Review trustee forms 1 & 2 - phone call with L. Eatman re: 2015 payments - capital contribution issues. | 1.0 | L. West | $255 | 255.00 |
| 2/6/2016 | Tax Return Preparation - Input 2012 K-1 activity and Schedule E 2012 activity into tax software. | 6.0 | L. West | $255 | 1,530.00 |
| 2/8/2016 | Tax Return Preparation - Review depreciation calculations for Schedule E entities.  Add new assets to schedules etc. | 6.5 | L. West | $255 | 1,657.50 |
| 5/7/2016 | Tax Return Preparation - Review selected depreciation schedules - software generated schedules did not agree with schedules provided by accountants for the various entities.  Reconcile differences. | 6.0 | L. West | $255 | 1,530.00 |
| 5/9/2016 | Tax Return Preparation - Set up workpapers to summarize 8825 activity and schedule K-1 activity for 2012. | 4.9 | L. West | $255 | 1,249.50 |
| 5/10/2016 | Tax Return Preparation - Phone call with Jacki Cullen.  Email to Amanda (BDO) and J. McManus.  Request and received workpapers for 2011 from BDO for review.  Review input for LLC's reporting on form 8825 and make adjustments for depreciation.  Update spreadsheet for info on Trans Am entities and 700 Grand Condo.  Gain access to QuickBooks online files wit Jacki.  Print reports and converted general ledgers for 2011 and 2012 to excel format. | 6.5 | L. West | $255 | 1,657.50 |
| 5/11/2016 | Tax Return Preparation - Enter additional information from Trans Am entities into software.  Update workpapers.  Review prior year balance sheet presentation and combinations. | 4.0 | L. West | $255 | 1,020.00 |
| 5/12/2016 | Tax Return Preparation - Set up trial balance for 2012 from prior accounting firms workpapers.  Trace balances at 12/31/11 and compare with ending capital accounts per K-1's and Schedule E information provided by accountants for sub LLC's. | 6.5 | L. West | $255 | 1,657.50 |
| 5/16/2016 | Tax Return Preparation - Additional work on 2012 tax return. Emails to Jacki Cullen - received additional information on Beit Dan. Add to schedules / workpapers and tax return for 2012. | 4.7 | L. West | $255 | 1,198.50 |
| 5/17/2016 | Tax Return Preparation - Revisions to tax workpapers and tax return for 2012 to reflect additional information received. | 8.0 | L. West | $255 | 2,040.00 |
| 5/18/2016 | Tax Consulting - Meet with L. West re: presentation of debt on K-1's - recourse v. non-recourse debt. | 0.3 | B. Glusak | $245 | 73.50 |

## DVORKIN HOLDINGS LLC  (12-31336)

### Time Sort by Date

**ACCOUNTING & TAX SERVICES**

| Date | Description | Time | Professional | Rate | Amount |
|------|-------------|------|--------------|------|--------|
| 5/18/2016 | Tax Return Preparation - Prepare workpaper to summarize debt - recourse, non-recourse and qualified non-recourse.  Finalize 2012 returns for review. | 8.0 | L. West | $255 | 2,040.00 |
| 5/24/2016 | Tax Return Preparation - Draft email to Jacki Cullen to request balance sheet information for non K-1 entities for 2012. | 0.3 | L. West | $255 | 76.50 |
| 5/24/2016 | Tax Return Preparation - Phone call with Jacki Cullen re: status of information requested and different formats available. | 0.3 | L. West | $255 | 76.50 |
| 6/9/2016 | Tax Review - Meet with L- West re: presentation and format of workpapers for 2012 return. | 0.8 | B. Glusak | $245 | 196.00 |
| 6/10/2016 | Tax Review - Begin review of tax workpapers - trace information on combining schedules to actual K-1 forms received for 2012. | 2.5 | B. Glusak | $245 | 612.50 |
| 6/13/2016 | Tax Review - Additional review of tax workpapers - trace information on combing schedules to original documentation received from client for 2012. | 6.7 | B. Glusak | $245 | 1,641.50 |
| 6/14/2016 | Tax Review - Begin Review of form 1065 for 2012. | 2.3 | B. Glusak | $245 | 563.50 |
| 6/21/2016 | Tax Review - Additional review of form 1065 and IL-1065 for year ended 12/31/12.  Discuss review points with L. West. | 1.8 | B. Glusak | $245 | 441.00 |
| 6/21/2016 | Tax Return Preparation - Meet with B. Glusak and discuss various issues after review process. | 1.7 | L. West | $255 | 433.50 |
| 7/5/2016 | Tax Return Preparation - Update schedules of debt re: Recourse , Non-Recourse and Qualified Non-Recourse. | 2.0 | L. West | $255 | 510.00 |
| 7/6/2016 | Tax Return Preparation - Review balance sheets provided for all LLC's.  Update schedule of debt to classify by recourse, non-recourse and qualified non-recourse. | 4.0 | L. West | $255 | 1,020.00 |
| 7/7/2016 | Tax Review - Review debt schedules and presentation on partnership return for 2012. | 3.7 | B. Glusak | $245 | 906.50 |
| 7/8/2016 | Tax Return Preparation - Discuss additional issues with debt schedules - make suggested revisions. | 1.0 | L. West | $255 | 255.00 |
| 7/11/2016 | Tax Review - Review changes to debt workpapers and tax return input. | 0.5 | B. Glusak | $245 | 122.50 |
| 7/11/2016 | Tax Return Preparation - Make changes to debt schedule and tax return for 2012 and print K-1's for members. | 2.0 | L. West | $255 | 510.00 |
| 7/12/2016 | Tax Review - Review assembled returns prior to signature - forms 1065 and IL-1065 for year ended 12/31/12. | 0.3 | B. Glusak | $245 | 73.50 |
| 7/28/2016 | Tax Return - Review form 1065 for 2012.  LLC's members accountants requesting additional schedules for use in preparation of members tax returns.  Add schedules and send updated K-1's to Sharyl Ross as requested. | 1.0 | L. West | $255 | 255.00 |

## DVORKIN HOLDINGS LLC  (12-31336)

### Time Sort by Date

**ACCOUNTING & TAX SERVICES**

| Date | Description | Time | Professional | Rate | Amount |
|---|---|---|---|---|---|
| 8/2/2016 | Tax Services - Emails with IRS agent - send pdf of 2012 return to agent as requested.  Send form 872 to trustee requesting signature. Emails with agent re: same. | 1.0 | L. West | $255 | 255.00 |
| 10/22/2016 | Tax Return Preparation - Review 2013 information received. Separate by 8825 entities and K-1 entities.  Set up workpapers to recap K-1's.  Input K-1's into 2013 software. | 4.5 | L. West | $255 | 1,147.50 |
| 10/24/2016 | Tax Return Preparation - Set up spreadsheet for joint venture properties.  Input activity into recap spreadsheet.  Begin entering information into 2013 tax software. | 5.0 | L. West | $255 | 1,275.00 |
| 10/25/2016 | Tax Return Preparation - Input sale of properties information into tax software for various properties sold in 2013.  Email to Jacki Cullen to request additional information. | 8.0 | L. West | $255 | 2,040.00 |
| 10/26/2016 | Tax Return Preparation - Continue input of 2013 sales of property into software.  Review input of rental activity for properties. | 4.0 | L. West | $255 | 1,020.00 |
| 10/27/2016 | Tax Return Preparation - Prepare summary workpaper to reconcile trustee cash accounts and trace distributions from entities to trustee cash account.  Also traced net proceeds from sales to trustee bank accounts. | 3.0 | L. West | $255 | 765.00 |
| 10/31/2016 | Tax Return Preparation - Print trial balance provided by Jacki.  Enter ending capital accounts / equity into spreadsheet for balance sheet presentation of investments for 2013. | 4.5 | L. West | $255 | 1,147.50 |
| 11/2/2016 | Tax Return Preparation - Prepare tax return for year ended 12/31/13 - review input to supporting schedules.  Make adjustments for depreciation variances. | 7.5 | L. West | $255 | 1,912.50 |
| 11/3/2016 | Tax Return Preparation - Set up workpapers to incorporate trustee activity into tax return for 2013. | 3.0 | L. West | $255 | 765.00 |
| 11/4/2016 | Tax Return Preparation - Prepare trial balance to update investment balances in properties and trustee activity for 2013. | 8.0 | L. West | $255 | 2,040.00 |
| 11/6/2016 | Tax Return Preparation - Reference workpapers and review input into 2013 tax software. | 5.5 | L. West | $255 | 1,402.50 |
| 11/7/2016 | Tax Return Preparation - Organize workpapers to facilitate review process. | 2.0 | L. West | $255 | 510.00 |
| 11/8/2016 | Tax Return Preparation - Finalize and print returns for 2013 - forms 1065 and IL-1065.  Issues with receipt of funds from Goldfarb properties. | 2.8 | L. West | $255 | 714.00 |

## DVORKIN HOLDINGS LLC  (12-31336)

### Time Sort by Date

**ACCOUNTING & TAX SERVICES**

| Date | Description | Time | Professional | Rate | Amount |
|------|-------------|------|--------------|------|--------|
| 11/9/2016 | Tax Return Preparation - Phone call with Sharyl Ross re: investment in Skokie Condo and funds received from Goldfarb Properties. Phone call with Loran Eatman re: same.  Received additional documents to support investment and Goldfarb funds.  Will adjust tax return accordingly. | 1.5 | L. West | $255 | 382.50 |
| 11/12/2016 | Tax Return Preparation - Revision to presentation re: receipt of funds from Goldfarb. | 1.5 | L. West | $255 | 382.50 |
| 11/14/2016 | Tax Review - Begin review of workpapers for 2013. | 2.5 | B. Glusak | $245 | 612.50 |
| 11/15/2016 | Tax Review - Finish review of workpapers and begin review of tax returns for 2013 - forms 1065 and IL-1065. | 6.0 | B. Glusak | $245 | 1,470.00 |
| 11/16/2016 | Tax Review - Finalize review of workpapers and tax returns for year ended 12/31/13. | 5.8 | B. Glusak | $245 | 1,421.00 |
| 11/16/2016 | Tax Return Preparation - Clear review points for 2013 return. Issues with non-recourse debt. | 2.5 | L. West | $255 | 637.50 |
| 11/17/2016 | Tax Review - Review changes to returns for 2013. | 1.5 | B. Glusak | $245 | 367.50 |
| 11/28/2016 | Tax Return Preparation - Begin set up of workpapers for year ended 12/31/14 and enter K-1 information into spreadsheet. | 4.0 | L. West | $255 | 1,020.00 |
| 11/29/2016 | Tax Services - Save and password protect 2012 and 2013 federal partnership returns and send to BDO as requested in pdf format. | 0.4 | L. West | $255 | 102.00 |
| 11/30/2016 | Tax Services - Respond to email from Ms. Los - IRS agent - send 2013 return to her as requested. | 0.3 | L. West | $255 | 76.50 |
| | Total | 235.4 | | | 57,765.50 |