### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 12-31336-JPC |
| | ) | |
| **DVORKIN HOLDINGS, LLC,** | ) | Chapter 11 |
| | ) | |
| | ) | Hon. Jacqueline P. Cox |
| **Debtor.** | ) | Hearing Date:  November 30, 2017 |
| | ) | Hearing Time: 9:30 a.m. |

### COVER SHEET FOR FIRST AND FINAL APPLICATION OF
### KUTCHINS, ROBBINS & DIAMOND, LTD., FOR COMPENSATION
### AS ACCOUNTANTS FOR THE ESTATE

Name of Applicant:                                  Kutchins, Robbins & Diamond, Ltd., Accountants


Authorized to Provide
Professional Services to:                       The Estate

Date of Order Authorizing
Employment:                                           Pending

Period for which Compensation
and Reimbursement is Sought:            January 1, 2017 through November 2, 2017

Amount of Final Fees Sought:             $44,093.00

Amount of Final Expense
Reimbursement Sought:                       $        0.00

This is an:     X   Final            Interim Application.

Prior Applications                    Date Filed    Amount Requested              Amount Awarded

None

Dated:  November 9, 2017                          Respectfully submitted,

                                                                  Kutchins, Robbins & Diamond, Ltd.,
                                                                  Accountants


                                                                  By:  /s/ Lois West
                                                                        Lois West, CPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-31336-JPC |
| | ) | |
| **DVORKIN HOLDINGS, LLC,** | ) | Chapter 11 |
| | ) | |
| **Debtor.** | ) | Hon. Jacqueline P. Cox |
| | ) | Hearing Date:  November 30, 2017 |
| | ) | Hearing Time: 9:30 a.m. |

**NOTICE OF FIRST AND FINAL APPLICATION FOR**
**COMPENSATION AND EXPENSE REIMBURSEMENT OF**
**KUTCHINS, ROBBINS & DIAMOND, LTD. AND HEARING**

**TO:    PARTIES ON ATTACHED SERVICE LIST**

**PLEASE TAKE NOTICE** that on November 9, 2017, Kutchins, Robbins & Diamond,

Ltd. (the "Applicant") filed its **First and Final Application for Compensation of Kutchins,**

**Robbins & Diamond, Ltd., Accountants to Chapter 11 Trustee Gus A. Paloian for the**

**Period of January 1, 2017 through November 2, 2017** (the "Application") with the United

States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Bankruptcy

Court").  In the Application, Applicant seeks final compensation in the amount of $44,093.00.

The Application is being served contemporaneously with this Notice upon each party receiving

notice in the above-captioned case pursuant to the Bankruptcy Court's CM/ECF system.  All

other parties may obtain copies of the Application upon request to: Ms. Jennifer M. McManus,

Seyfarth Shaw LLP, 233 South Wacker Drive, Suite 8000, Chicago, Illinois 60606;

jmcmanus@seyfarth.com.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Application will

be held before the Honorable Jacqueline P. Cox, United States Bankruptcy Judge for the United

States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in the courtroom

normally occupied by Her Honor, Courtroom 680, located at 219 South Dearborn Street,

Chicago, Illinois 60604, on **November 30, 2017, at 9:30 a.m. prevailing Central Time**, or as

soon thereafter as the undersigned counsel may be heard.

Dated:  November 9, 2017                    Respectfully submitted,

                                            Popowcer Katten, Ltd., Accountants


                                            By:  /s/ Lois West
                                                 Lois West, CPA

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney certifies that on this 9th day of November, 2017, pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), he caused a copy of the attached:

1.    **Notice of First and Final Application for Compensation and Expense Reimbursement and Hearing** and **First and Final Application for Compensation and Reimbursement of Expenses of Kutchins, Robbins & Diamond, Ltd., Accountants to Chapter 11 Trustee Gus A. Paloian for the Period of January 1, 2017 through November 2, 2017** to be served (1) electronically upon those parties who receive notice through the ECF system, which parties are so noted on the attached Service List; and (2) via First Class U.S. Mail, postage prepaid, upon Patrick S. Layng, Office of the U.S. Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL  60604; and

2.    **Notice of First and Final Application for Compensation and Expense Reimbursement of Kutchins, Robbins & Diamond, Ltd. and Hearing** to be served via First Class U.S. Mail, postage prepaid, upon each of the parties so noted on the attached Service List.


/s/ Bret M. Harper
Bret M. Harper

42144205v.1

## DVORKIN HOLDINGS, LLC
### Case No. 12-31336

## CM/ECF ELECTRONIC MAIL DISTRIBUTION

| | |
|---|---|
| Jonathan E. Aberman | jaberman@vedderprice.com, ecfdocket@vedderprice.com |
| R. Scott Alsterda | rsalsterda@nixonpeabody.com |
| Samantha Babcock | sbabcock@chuhak.com; rsaldivar@chuhak.com |
| Gary I. Blackman | gblackman@lplegal.com; slevandowski@lplegal.com; druiz@lplegal.com |
| Timothy W. Brink | timothy.brink@dlapiper.com; docketingchicago@dlapiper.com; william.guthrie@dlaiper.com |
| Kurt M. Carlson | kcarlson@carlsondash.com, knoonan@carlsondash.com |
| David Chroust | david.chroust@icemiller.com |
| William J. Connelly | wconnelly@hinshawlaw.com; psullivan@hinshawlaw.com |
| Jonathan M. Cyrluk | cyrluk@carpenterlipps.com; haas@carpenterlipps.com |
| Michael J. Davis | mdavis@archerbay.com; davislaw80@gmail.com; jgreene@archerbay.com; llarson@archerbay.com |
| Jeffrey W. Finke | jwfinke@mindspring.com |
| Robert M. Fishman | rfishman@shawfishman.com |
| Whitney Fogelberg | wfogelberg@vedderprice.com |
| Matthew T. Gensburg | gensburgm@gtlaw.com; rosenthalr@gtlaw.com chidocket@gtlaw.com; ChiBkyDocket@gtlaw.com; greenbergc@gtlaw.com; sullivanka@gtlaw.com |
| Joshua D. Greene | jgreene@davisgreenelaw.com |
| Michael J. Gunderson | mgunderson@gundersontharp.com; lopez@gundersontharp.com |
| David A. Kallick | dkallick@tishlerandwald.com |
| Robin K. Kish | rkish@kdaolaw.com |
| David L. Kane | dkane@mpslaw.com; dnichols@mpslaw.com; mpslawllc@gmail.com; jlitwin@mpslaw.com |
| Gina B. Krol | gkrol@cohenandkrol.com; jhazdra@cohenandkrol.com; pmchugh@cohenandkrol.com |
| Forrest B. Lammiman | flammiman@mpslaw.com; dkane@mpslaw.com; srogovin@mpslaw.com; dnichols@mpslaw.com; mpslawllc@gmail.com; jlitwin@mpslaw.com |
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |
| David P. Leibowitz | dleibowitz@lakelaw.com; czuniga@lakelaw.com; jstorer@lakelaw.com; ecf@lakelaw.com |
| Emily N. Masalski | masalski@dlec.com, emasalski@yahoo.com |
| Colleen E. McManus | cmcmanus@carlsondash.com; kcarlson@carlsondash.com; knoonan@carlsondash.com; jbubacz@carlsondash.com |
| Kevin H. Morse | khmorse@arnstein.com |
| Paul T. Musser | paul.musser@kattenlaw.com |
| Matthew A. Olins | maolins@duanemorris.com |
| Marc S. Reiser | mreiser@shawfishman.com; jhampton@shawfishman.com |
| Thomas M. Paris | tp@tomparislaw.com |
| Rebecca D. Rosenthal | rosenthalr@gtlaw.com |

| | |
|---|---|
| Peter A. Siddiqui | peter.siddiqui@kattenlaw.com |
| Jean Soh | jsoh@polsinelli.com; jswitzer@polsinelli.com |
| Lawrence A. Stein | lstein@huckbouma.com; lkoster@huckbouma.com |
| Peter D. Sullivan | psullivan@hinshawlaw.com |
| Jerry L. Switzer | jswitzer@polsinelli.com, chicagodocketing@polsinelli.com |
| William W. Thorsness | wthorsness@vedderprice.com; ecfdocket@vedderprice.com |
| Michael L. Tinaglia | mltinaglia@tinaglialaw.com; jmwretzky@tinaglialaw.com |
| John R. Weiss | jrweiss@duanemorris.com |
| Stephen G. Wolfe | steve.g.wolfe@usdoj.gov; jennifer.r.toth@usdoj.gov |

42144205v.1

# SERVICE LIST

## VIA UNITED STATES MAIL

Patrick S. Layng
c/o Stephen G. Wolfe
Office of the U.S. Trustee, Region 11
219 S. Dearborn Street, Room 873
Chicago, IL  60604

Tishler & Wald (not deliverable at this address)
200 S. Wacker Drive, Suite 3000
Chicago, IL  60606

North Shore Bank
7800 Lincoln Avenue
Skokie, IL  60077

Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

1 Transam Plaza (Oakbrook Terrace) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

1000 N. Halsted LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

1055 W 175th (Homewood) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

1101 Tower Rd (Schaumburg) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Dvorkin Holdings, LLC
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

A-Plus Plumbing, Inc.
733 W. Estes Avenue
Schaumburg, IL  60193

Blue Star Holdings LLC
c/o Michael Tuchman
2 N. LaSalle Street, Suite 1300
Chicago, IL  60602

Dahl & Bonadies, LLC
James E. Dahl
30 N. LaSalle Street, Suite 1500
Chicago, IL  60602

MB Financial Bank, N.A.
Attn:  Mark Kosminskas
6111 N. River Road
Rosemont, IL  60018

McGrath Lexus of Westmont
500 E Ogden Avenue
Westmont, IL  60559-1228

Toyota Motor Credit Corporation (TMCC)
P.O. Box 8026
Cedar Rapids, IA  52408-8026

Dan Air Holdings, L.L.C.
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

7

11824 S.W. Highway (Palos Heights) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Daniel Dvorkin
1636 Highland Avenue
Lombard, IL  60148

1203 Maple (Lisle), LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Daniel G. Dvorkin Insurance Trust
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

1230 S. Highland (Lombard) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Daniel G. Dvorkin Revocable Trust
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

125-165 W. Dundee Road (Buffalo Grove),
LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Daniel Hyman
Millenium Properties
200 W. Madison Avenue, 36th Floor
Chicago, IL  60606

1275 Davis (Elgin), L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

DDL Property Limited
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

1611 Stewart Street LLC
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL  60602

Debi Kight
DDL Property
One Trans Am Plaza Dr., Suite 120
Oakbrook Terrace, IL  60181

1920 S. Highland (Lombard), L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Department of the Treasury
Internal Revenue Service
P.O. Box  7346
Philadelphia, PA  19101-7346

1941 Selmartin (Aurora), L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

DH-EK Management Corporation
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

2150 N. Clybourn (Chicago) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Dupage Office Leasing, Inc.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL  60602

2200 South Main (Lombard) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

246 E. Janta (Lombard), LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

25210 W. Reed Street (Channahon), LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

328 S. Jefferson (Chicago) SG, L.L.C.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL  60602

3330-40 West Dundee (Northbrook) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

444 N. Wabash (Chicago), LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

4949-5001 W. Oakton Residential Financing
(Skokie) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

4949-5001 W. Oakton Retail (Skokie) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

560 West Washington (Chicago), L.L.C.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

Dvorkin Children's Trust dated March 5, 1998
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

EIS Kalt LLC
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

Epaminodas Karvelas
Christopher Karvelas
Emersons Street Grill, Inc.
113 S. Emerson
Mt. Prospect, IL  60056

Esther Jackson
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Farnsworth (Aurora) Bisel, L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Farnsworth (Aurora) Lando LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Flossmoor - Plaza DH Holdings, L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Flossmoor Commons (Professional), L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Flossmoor Commons (Retail), L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

9

606 W. Roosevelt (Chicago), L.L.C.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

6200 N. Rockwell (Chicago) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL 60505

640-650 Lake Street, L.L.C.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL  60602

920 Roosevelt (West Chicago), L.L.C.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL  60602

956 N. Neltnor (West Chicago), L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

975 Nerge (Roselle) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Aaron Trust
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

Aaron's Children's Trust
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL 60181

Ariel Weissberg
Weissberg & Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, IL  60605

Francine Dvorkin Revocable Trust
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

Glenwood Residential, L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL 60505

Golden Holdings, L.L.C.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

Goldfarb Properties, LLC
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL 60181

Greystone Associates, Inc.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

Highland Avenue Qualified Personal
Residence Trust
One Trans Am Plaza Drive, Suite 120
Oakbrook Terrace, IL  60181

Inverarry Family Trust
1220 Rudolph Dr., Apt. 2F
Northbrook, IL  60062

Jackie Cullen
1 Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

Jackson Trust
Esther/Julianne Jackson
4075 W. Bonanza Drive
Beverly Hills, FL  34465

42144205v.1

Auto Gallery Chicago, LLC
Peter Alvarez
12 W. Factory Road
Addison, IL  60101

Ambry Estates Joint Venture (Lynwood), LLC
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL  60602

American Equine Insurance Group, LTD.
Michael J. Morrisroe
114 S. Bloomingdale Road
Bloomingdale, IL  60108

Ameriprise Financial Services, Inc.
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

Barone & Jenkins, P.C.
Anthony G. Barone
635 Butterfield Rd., Suite 145
Oakbrook Terrace, IL  60181

Barry Milowitz
The Milowitz Office
3 Wyldwood
Tarrytown, NY  10591

Beit Dan, L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Belmont Financial Group, Inc.
Belmont Bank & Trust
BFKPN Corporate Services Inc.
8250 W. Belmont Avenue
Chicago, IL  60634

Kinman Enterprises, L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Steve Kling
Colliers International
6250 N. River Road, Suite 11-100
Rosemont, IL  60018

Leah - Beverly Trust
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

Levenfeld Pearlstein
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL  60602

Lynwood DT Investors LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Lynwood Land Company, L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

M. Morgan Trust
23123 N. Cardenas
Sun City W, AZ  85375

Matteson, LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Beverly Dvorkin
700 W. Grand Avenue, Apt. 5
Chicago, IL  60654-5173

Beverly Children's Trust
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL 60181

Blue Star Gearing, LLC
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

Blue Star Properties, Inc.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

Bruce Teitelbaum
1363 Shermer Rd., Ste. 212
Northbrook, IL 60062

BT Holdings, LLC
Rakik Boughadou
1200 Harger Road
Suite 325
Oak Brook, IL 60523

Caryn Kolton
c/o Keith Kolton
2929 W. Balmoral
Chicago, IL 60625

Channahon Plaza, L.L.C.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

Midland Equities
Charles Hold
One Trans Am Plaza Drive
Suite 310
Oakbrook Terrace, IL  60181

Nigel and Ellen Rhodes
1980 W. Downer Place
Aurora, IL  60508

North Shore Community Bank & Trust
c/o Robert J. Huguelet Jr., PC
10749 Winterset Drive
Orland Park, IL  60467

Northgate Plaza (Aurora), L.L.C.
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL 60181

BDO USA LLP
Sharyl A. Ross, CPA
9500 Bryn Mawr Ave., Suite 300
Rosemont, IL  6018-5257

Oak West (Oakbrook Terrace) Office LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL 60505

Oxford Bank & Trust
Attn:  Devon J. Eggert
Freeborn & Peters LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL  60606

Plaza (Arlington Heights) Office LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL 60505

12

Chicago Commercial, L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL 60505

Craig Golden
Blue Star Properties, Inc.
600 W. Van Buren Street, Suite 1000
Chicago, IL 60607

Craig Yale
2801 Lakeside Drive
Suite 207
Bannockburn, IL  60015

Texas 1845 LLC
Michael Mulcaby
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601

Star Park LLC
c/o Richard M. Goldwasser
Schoenberg Finkel Newman & Rosenberg
222 S. Riverside Plaza, Suite 2100
Chicago, IL  60606

Schaumburg Bank & Trust Company
c/o Samantha Licker
Garfield & Merel, Ltd.
180 N. Stetson, Suite 1300
Chicago, IL  60601

Dyek-O'Neal, Inc. returned undel. as addressed
P.O. Box 13370
Arlington, TX  76094

Private Bank & Trust Co.
PrivateBank Corp.
James Thompson, Managing Director
The Private Bank and Trust Company
70 W. Madison, Suite 200
Chicago, IL 60602

Rachel Dvorkin
undeliverable as addressed
1653 Pebblebeach Circle
Elgin, IL 60123

Sterling 18th Street LLC
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

Sierra Office Solutions LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL 60505

Stoller-Lieberman Holdings
undeliverable as addressed
James Stoller
The Building Group
1045 W. Lawrence Avenue
Chicago, IL 60640

Zifco Corporation
Ed Zifkin
513 Central Avenue, Suite 400
Highland Park, IL  60035

David D. O'Sullivan
Springer, Brown, Covey, Gaertner & Davis,
LLC
1755 S. Naperville Road, Suite 200
Wheaton, IL  60189

13

Chicago Title Land Trust Company as Trustee
for Trusts
C T Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604
and
Robert Kuzma
10 S. LaSalle, Suite 2750
Chicago, IL 60603

Re:
Land Trust 34383
Land Trust 1636-Y
Land Trust 42470
Land Trust 43314
Land Trust 44203
Land Trust 44204
Land Trust 94-6075
Land Trust 95-6296

John Robert Weiss
DUANE MORRIS LLP
190 S. LaSalle St., Suite 3700
Chicago, IL 60603-3433

Eatman Holdings, L.L.C.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602
and
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

Re:
Chicago Commercial
Cross Creek Office Center
Flossmoor Commons (Professional), L.L.C.
Flossmoor Commons (Retail), L.L.C.
Glen Ellyn Venture Trust 37330
1920 Highland
Matteson
Palos Heights
Selmarten
Trans Am Plaza

Loran Eatman
Dvorkin Holdings, LLC
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL 60181

42144205v.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 12-31336-JPC |
| | ) | |
| **DVORKIN HOLDINGS, LLC,** | ) | Chapter 11 |
| | ) | |
| | ) | Hon. Jacqueline P. Cox |
| **Debtor.** | ) | Hearing Date:  November 30, 2017 |
| | ) | Hearing Time: 9:30 a.m. |

## FIRST AND FINAL APPLICATION OF KUTCHINS, ROBBINS & DIAMOND, LTD. FOR ALLOWANCE OF COMPENSATION AS ACCOUNTANTS FOR THE ESTATE

Kutchins, Robbins & Diamond, Ltd.. ("Kutchins"), tax accountants for the Bankruptcy

Estate of Canopy Financial, Inc.(the "Estate") respectfully presents its First and Final

Application for the Allowance of Compensation (the "Application") for services rendered and to

be rendered as accountants on behalf of Gus A. Paloian, not individually but solely as the

Chapter 7 Trustee ("Trustee") for the period of January 1, 2017 through November 2, 2017 (the

"Application Period").  In support of this Application, Kutchins states as follows:

## FACTUAL AND PROCEDURAL BACKGROUND

1.      On August 7, 2012 ("Petition Date"), Debtor filed its voluntary petition for relief

under Chapter 11 of the Bankruptcy Code, thereby commencing the Case. Loran Eatman ("Mr.

Eatman"), vice president of DH-EK Management Corp., ("DH-EK") signed the petition as the

Debtor's authorized individual.

2.      On August 17, 2012, the Debtor filed its schedules of assets and liabilities and its

statement of financial affairs.  *See* Dkt. No. 11.  Thereafter, the Debtor filed a set of amended

schedules and an amended statement of financial affairs.  *See* Dkt. Nos. 20, 21, and 22.

According to the amended statement of financial affairs, Francine Dvorkin ("Mrs. Dvorkin") and

42144205v.1

several Dvorkin family entities own a controlling interest in the Debtor.  Mrs. Dvorkin is married

to Daniel Dvorkin ("Mr. Dvorkin").

3.       On August 30, 2013, Mr. Dvorkin was convicted in a criminal proceeding in the

United States District Court for the Northern District of Illinois for his involvement in a murder-

for-hire plot.  *See* Case No. 12 CR 00500, USA v. Dvorkin.  It appears that the alleged intended

victim was involved in a DuPage County lawsuit brought by an entity named Texas 1845, LLC,

which resulted in a multimillion dollar judgment against the Debtor and Mr. Dvorkin in February

of 2012.  The Debtor's counsel has represented that Mrs. Dvorkin terminated Mr. Dvorkin's

relationship with the Debtor approximately two weeks after his arrest, and then put Mr. Eatman

in control of the Debtor shortly before the filing of this case.

4.       On October 16, 2012, this Court approved the appointment of Gus A. Paloian as

Chapter 11 Trustee in the Case.  On November 5, 2012, this Court granted the Trustee's

Application to Retain Seyfarth Shaw as His Counsel, Retroactively.  See Dkt. No. 122.

5.       An Application for Order Authorizing the Employment of Accountant,

Retroactively is being filed simultaneous to this Application.  Thus the Order authorizing

Kutchins' employment is pending.

## EXTENT AND NATURE OF SERVICES RENDERED

6.       Kutchins has advised the Trustee as to the Estate tax matters and performed

accounting services including preparation of federal and state partnership income tax returns for

the years ended December 31, 2014, December 31, 2015 and December 31, 2016.  Kutchins

consulted on various tax issues and responded to certain tax notices.

2

7.      In this Application, Kutchins seeks the allowance of $44,093.00 in final compensation for necessary services rendered.  A copy of Kutchins' invoice identifying the services provided is attached hereto as **Exhibit 1**.

## PRIOR COMPENSATION

8.      This is the first and final application that Kutchins will file in the case.

9.      Kutchins has not previously received payment of any compensation for services rendered in connection with this case.  Kutchins has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Kutchins.

## STATUS OF CASE

10.      The Trustee has completed his administration of this case.  The Trustee's motion for final decree has been filed simultaneously herewith.

## RELIEF REQUESTED

WHEREFORE, Kutchins requests the entry of an Order:

A.      Allowing Kutchins final compensation in the amount of $44,093.00;

B.      Authorizing the Trustee to pay Kutchins the amount of $44,093.00 in compensation, as part of Trustee's final distribution in this case from the funds on hand in the Estate; and

D.      Granting such other and further relief as this Court deems proper.

Dated: November 9, 2017                          Respectfully submitted,

                                                 Kutchins, Robbins & Diamond, Ltd.,
                                                 Accountants


                                                 By:/s/ Lois West_____
                                                   Lois West, CPA

42144205v.1

# EXHIBIT 1



**Kutchins, Robbins & Diamond, Ltd.**

1101 Perimeter Drive, Suite 760
Schaumburg, Illinois 60173

Phone: (847) 240-1040
Fax: (847) 240-1055

www.krdcpas.com
rsandfox@krdcpas.com

| Invoice #: | 81959 | Date: | 11/03/17 |
|---|---|---|---|
| Amount: | $44,093.00 | Due: | 12/03/17 |

| | |
|---|---|
| Beginning Balance | $0.00 |
| Invoices | 44,093.00 |
| Receipts | 0.00 |
| Adjustments | 0.00 |
| Service Charges | 0.00 |
| **Amount Due** | **$44,093.00** |

Dvorkin Holdings LLC (12-31336)
c/o Gus Paloian, Trustee
233 S. Wacker Drive, Suite 8000
Chicago, IL  60603

**All work performed per the attached detail.**

✂ ------------------------------------------------------------

Please return this portion with payment.  Thank you for your prompt payment.

| Invoice #:  81959 | Amount Due:    $44,093.00 | ID: 12530 |
|---|---|---|
| Date:        11/03/2017 | Payment Amount: $ _____ | Dvorkin Holdings LLC (12-31336) |
| Due Date: 12/03/2017 | Payment Type:  ☐ Check ☐ Credit Card | |

Net 30. If we have not received
your payment within 30 days a
service charge may be assessed
at an annual rate of 18%.

Card Type: _____
Card #: _____
Exp Date: _____
3 or 4 Digit Code: _____
Signature: _____
Billing Address (if different than above): _____
_____

VISA    MasterCard    DISCOVER

Please make checks payable to Kutchins, Robbins & Diamond, Ltd.

| DATE | STAFF | HOURS | RATE | BILLED | ACTIVITY | DESCRIPTION OF WORK PERFORMED |
|------|-------|-------|------|--------|----------|-------------------------------|
| | | | | | **For Client: Dvorkin Holdings LLC (12-31336)** | **44,093.00** |
| 01/03/2017 | LLW | 2.50 | 255.00 | 637.50 | Preparation | Enter K-1 information for 2014 into tax software. |
| 01/14/2017 | LLW | 6.00 | 255.00 | 1,530.00 | Preparation | Additional work on entering depreciation and entities reporting on form 8825. |
| 01/16/2017 | LLW | 6.50 | 255.00 | 1,657.50 | Preparation | Additional work on input of entities reporting on form 8825 - review input into software and update summary schedules. |
| 01/21/2017 | LLW | 5.00 | 255.00 | 1,275.00 | Preparation | Additional work on 2014 form 1065.  Prepare workpapers. |
| 01/23/2017 | LLW | 6.00 | 255.00 | 1,530.00 | Preparation | assemble workpapers and bind - prepare reconciliation workpaper to reconcile workpapers to tax return. |
| 02/06/2017 | BLG | 1.00 | 245.00 | 245.00 | Review | Review IL-1065 for 2012 |
| 02/06/2017 | LLW | 0.30 | 255.00 | 76.50 | Preparation | Email to Sharyl Ross - re: reasonable partner compensation deduction taken on 2011 return - question as to how it was calculated and should the deduction repeat in 2012. |
| 02/06/2017 | LLW | 3.00 | 255.00 | 765.00 | Preparation | Prepare Illinois returns for 2012 and 2013. |
| 02/07/2017 | BLG | 0.70 | 245.00 | 171.50 | Review | Review changes to 2012 IL-1065 and Review 2013 IL-1065 |
| 02/16/2017 | LLW | 1.30 | 255.00 | 331.50 | Review | Review 2013 detail activity schedules.  Error in coding section 1231 gains / losses to certain properties - corrected and resent the Schedule K-1's to partners accountant. |
| 03/09/2017 | LLW | 0.20 | 255.00 | 51.00 | Extensions Preparation | Tax Return Preparation - Prepare form 7004 - request to extend time to file 2016 partnership income tax returns. |
| 04/21/2017 | LLW | 3.00 | 255.00 | 765.00 | Preparation | Tax Return Preparation - Review input of LLC information.  Set up workpaper to summarize investment in LLC's and loans to / from LLC's. |
| 04/22/2017 | LLW | 5.00 | 255.00 | 1,275.00 | Preparation | Tax Return Preparation - Review Golden settlement / purchase agreement.  Set up workpaper and calculate gain on sale of 6 properties sold - enter into tax software. |
| 04/23/2017 | LLW | 5.50 | 255.00 | 1,402.50 | Preparation | Tax Return Preparation - Revisions to workpapers - adjustments to balance sheet investment & loans accounts. |
| 04/24/2017 | LLW | 4.00 | 255.00 | 1,020.00 | Preparation | Tax Return Preparation - Prepare workpapers re: allocation of debt recourse v. non-recourse.  Additional review of investment accounts and loan accounts on books - issues with sale proceeds and distributions from various sub LLC to Dvorkin Holdings LLC. |
| 04/25/2017 | LLW | 1.50 | 255.00 | 382.50 | Preparation | Tax Return Preparation - Begin preparation of 2015 return.  Set up workpapers and categorize trustee activity for 2015.  Email to Jennifer McMannus re: distributions to claimants. |
| 04/25/2017 | LLW | 4.30 | 255.00 | 1,096.50 | Preparation | Tax Return Preparation - Finalize 2014 return and reference all workpapers. |
| 04/26/2017 | BLG | 5.70 | 245.00 | 1,396.50 | Review | Review workpapers for year ended 12/31/14. |
| 04/27/2017 | BLG | 7.80 | 245.00 | 1,911.00 | Review | Review workpapers and 2014 forms 1065 & IL-1065. |
| 04/28/2017 | LLW | 1.00 | 255.00 | 255.00 | Preparation | Tax Return Preparation - Change address on 2012 |

| DATE | STAFF | HOURS | RATE | BILLED | ACTIVITY | DESCRIPTION OF WORK PERFORMED |
|------|-------|-------|------|--------|----------|-------------------------------|
| | | | | | | and 2013 Illinois returns - check net operating loss carryforward numbers - reprint returns. |
| 04/28/2017 | LLW | 3.00 | 255.00 | 765.00 | Preparation | Tax Return Preparation - Clear review points on 2014 returns - issues with debt presentation - recourse v non-recourse.  Reprint returns and submit for final review. |
| 04/28/2017 | BLG | 1.30 | 245.00 | 318.50 | Review | Review 2014 Form 1065 |
| 05/01/2017 | BLG | 1.00 | 245.00 | 245.00 | Review | Review changes to 2014 Form 1065 & IL 1065 |
| 05/01/2017 | BLG | 0.20 | 245.00 | 49.00 | Review | Review collated returns |
| 05/02/2017 | LLW | 0.20 | 255.00 | 51.00 | Review | Tax Review - Final review - sign off on 2014 federal and state returns and 2012  and 2013 Illinois returns. |
| 05/02/2017 | LLW | 0.30 | 255.00 | 76.50 | Consulting | Tax Services - Draft email to trustee re: amount of tax due on returns and processing of returns for 2014.  Phone call with Loren Eatman re: K-1's for 2014 for members and status of 2015 information. |
| 05/09/2017 | LLW | 0.30 | 255.00 | 76.50 | Consulting | Tax Services - Phone with Illinois Department of Revenue re: payment by check v. electronic submission of payment for tax owed for 2013 and 2014.  Email to client re: address to send check to and instructions for notations to be made on face of check. |
| 06/10/2017 | LLW | 3.00 | 255.00 | 765.00 | Preparation | Tax Return Preparation - Set up 2015 return - enter information for form 8825 and K-1 activities for 2015.  Make list of missing information. |
| 06/12/2017 | LLW | 4.20 | 255.00 | 1,071.00 | Preparation | Tax Return Preparation - Input additional K-1 information and 8825 property information into 2015 tax software. Email to client to request additional information. |
| 06/17/2017 | LLW | 3.80 | 255.00 | 969.00 | Preparation | Reconcile workpapers for K-1 and 8825 activity with tax return input.  Reconcile trustee cash activity with tax input - make revisions. |
| 06/19/2017 | LLW | 7.00 | 255.00 | 1,785.00 | Preparation | Set up workpapers for balance sheet for 12/31/15.  Review cash contributions into various entities and cash distributions from various entities.  Emails to Jacki Cullen re: additional information needed from accountants that prepared various K-1's. |
| 06/24/2017 | LLW | 3.00 | 255.00 | 765.00 | Preparation | Tax Return Preparation - Prepare workpapers for 2015 tax return - review information received from client re: capital contributions and distributions from various LLC's - update workpapers and software for changes. |
| 07/11/2017 | LLW | 5.60 | 255.00 | 1,428.00 | Preparation | Prepare workpapers to calculate loss / gain on termination of various interests in LLC's.  Update tax return for same. |
| 07/12/2017 | LLW | 8.00 | 255.00 | 2,040.00 | Preparation | Review balance sheet accounts - investments in LLC's and loans to LLC's. and reconcile to actual investments and loans still remaining.  Update workpapers to reflect same. |
| 07/13/2017 | LLW | 4.60 | 255.00 | 1,173.00 | Preparation | Revisions to tax returns re: Main Street LLC transaction - correct presentation and revise workpapers.  Reference workpapers. |
| 07/14/2017 | LLW | 3.50 | 255.00 | 892.50 | Preparation | Finalize returns for 2015 - assemble workpapers and finalize referencing.  Print tax returns. |

| DATE | STAFF | HOURS | RATE | BILLED | ACTIVITY | DESCRIPTION OF WORK PERFORMED |
|------|-------|-------|------|--------|----------|-------------------------------|
| 07/17/2017 | BLG | 4.80 | 245.00 | 1,176.00 | Review | Review 2015 Form 1065 & IL 1065 |
| 07/18/2017 | BLG | 4.70 | 245.00 | 1,151.50 | Review | Review 1065 & IL 1065 |
| 07/19/2017 | BLG | 5.00 | 245.00 | 1,225.00 | Review | Review 1065 & IL 1065 |
| 07/23/2017 | LLW | 4.20 | 255.00 | 1,071.00 | Preparation | Review issues from tax reviewer - make changes as required.  Reprint tax returns for 2015 - forms 1065 and IL-1065. |
| 07/25/2017 | BLG | 0.30 | 245.00 | 73.50 | Review | Review changes to 2015 returns. |
| 07/25/2017 | LLW | 0.30 | 255.00 | 76.50 | Preparation | Phone call with Jacki Cullen re: disposition of Rockwell condos. |
| 07/26/2017 | BLG | 2.30 | 245.00 | 563.50 | Review | Review changes to returns. |
| 07/26/2017 | BLG | 0.20 | 245.00 | 49.00 | Review | Review collated returns |
| 07/26/2017 | LLW | 2.50 | 255.00 | 637.50 | Preparation | Revisions to workpapers and returns to reflect write-off of investment in Rockwell condos.  Reprint tax returns. |
| 07/26/2017 | LLW | 0.50 | 255.00 | 127.50 | Tax Examinations | Phone call and emails with Marina Los from IRS re: audit report for 2012, 2013 and 2014. |
| 07/28/2017 | LLW | 0.30 | 255.00 | 76.50 | Review | Final review - and sign returns for 2015.  Phone call with Jennifer McManus re: payment of tax due to Illinois. |
| 08/01/2017 | LLW | 0.60 | 255.00 | 153.00 | Consulting | Phone call with Gus Paloian and Loran Eatman re: preparation of 2016 and 2017 tax returns.  Email to BDO accountants re: notice received from IDOR re: IL NLD for 2011. |
| 08/15/2017 | LLW | 0.50 | 255.00 | 127.50 | Consulting | Phone call with Loran Eatman re: notices received - review letter to IDOR to request abatements from penalties.  Discuss preparation of 2016 tax returns. |
| 10/21/2017 | LLW | 4.00 | 255.00 | 1,020.00 | Preparation | Prepare workpapers for year ended 12/31/16.  Summarize trustee activity and K-1 activity for 2016 |
| 10/23/2017 | LLW | 7.50 | 255.00 | 1,912.50 | Preparation | Preparation of corporate income tax returns - input activity for 2016 into tax software. |
| 10/24/2017 | LLW | 5.00 | 255.00 | 1,275.00 | Preparation | Work on balance sheet presentation on tax return.  Update grouping workpaper for 2016 transactions. |
| 10/25/2017 | LLW | 3.30 | 255.00 | 841.50 | Preparation | Finalize returns for 2016 - forms 1065 and IL-1065 and print returns. |
| 10/25/2017 | BLG | 0.80 | 245.00 | 196.00 | Review | Review workpapers for year ended 12/31/16. |
| 10/26/2017 | BLG | 5.70 | 245.00 | 1,396.50 | Review | Review workpapers and 2016 forms 1065 & IL 1065. |
| 10/27/2017 | BLG | 1.50 | 245.00 | 367.50 | Review | Review forms 1065 & IL 1065 for 2016. |
| 10/27/2017 | LLW | 0.50 | 255.00 | 127.50 | Review | Discuss review points on 2016 return  with B. Glusak. |
| 11/02/2017 | LLW | 0.30 | 255.00 | 76.50 | Review | Final review - check assembly and sign off on returns for year ended 12/31/16 - forms 1065 and IL-1065. |
| 11/02/2017 | LLW | 0.50 | 255.00 | 127.50 | Preparation | Clear review points - miscellaneous adjustments.  Print returns for year ended 12/31/16. |

| DATE | STAFF | HOURS | RATE | BILLED | ACTIVITY | DESCRIPTION OF WORK PERFORMED |
|------|-------|-------|------|--------|----------|-------------------------------|

| | |
|---|---|
| Billed Amount | $44,093.00 |
| Invoice Total | $44,093.00 |

Total hours by Professional

| | Professional | Rate | Hours | Total |
|------|-------------|------|-------|-------|
| LLW | L. West | $255 | 131.6 | 33,558.00 |
| BLG | B. Glusak | $245 | 43.0 | 10,535.00 |
| | Total | | 174.6 | $44,093.00 |