## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 12-31336-JPC |
| | ) | |
| DVORKIN HOLDINGS, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) | |
| | ) | Hearing Date:  November 30, 2017 |
| | ) | Hearing Time:  9:30 a.m. CT |

## NOTICE OF MOTION

**TO:    PARTIES LISTED ON ATTACHED SERVICE LIST**

**PLEASE TAKE NOTICE** that on **Thursday, November 30, 2017, at 9:30 a.m. Prevailing Central Time**, the undersigned shall appear before the Honorable Jacqueline P. Cox, Bankruptcy Judge of the United States Bankruptcy Court for the Northern District of Illinois, in the courtroom normally occupied by Her Honor, Courtroom 680, at 219 South Dearborn Street, Chicago, Illinois, and then and there we shall present to Her Honor the **Motion of Chapter 11 Trustee for Entry of a Final Decree and to Close Bankruptcy Case**, a true and correct copy of which is attached hereto and herewith served upon you.

Dated:  November 9, 2017

Respectfully submitted,

GUS A. PALOIAN, not individually or personally, but solely in his capacity as the Chapter 11 Trustee of the Debtor's Estate.

By:  /s/ Bret M. Harper

Gus A. Paloian (6188186)
Bret M. Harper (6299968)
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 800
Chicago, Illinois 60606
Telephone:  (312) 460-5000
gpaloian@seyfarth.com
bharper@seyfarth.com

*Counsel to Chapter 11
Trustee Gus A. Paloian*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney certifies that on November 9, 2017, he caused copies of the attached **Notice of Motion** and **Motion of Chapter 11 Trustee for Entry of a Final Decree and to Close Bankruptcy Case** to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the appended Service List, and by regular United States Mail (postage prepaid) to those other parties identified on the attached Service List.

/s/ Bret M. Harper

2

**DVORKIN HOLDINGS, LLC**
**Case No. 12-31336**

## CM/ECF ELECTRONIC MAIL DISTRIBUTION

| | |
|---|---|
| Jonathan E. Aberman | jaberman@vedderprice.com, ecfdocket@vedderprice.com |
| R. Scott Alsterda | rsalsterda@nixonpeabody.com |
| Samantha Babcock | sbabcock@chuhak.com; rsaldivar@chuhak.com |
| Gary I. Blackman | gblackman@lplegal.com; slevandowski@lplegal.com; druiz@lplegal.com |
| Timothy W. Brink | timothy.brink@dlapiper.com; docketingchicago@dlapiper.com; william.guthrie@dlaiper.com |
| Kurt M. Carlson | kcarlson@carlsondash.com, knoonan@carlsondash.com |
| David Chroust | david.chroust@icemiller.com |
| William J. Connelly | wconnelly@hinshawlaw.com; psullivan@hinshawlaw.com |
| Jonathan M. Cyrluk | cyrluk@carpenterlipps.com; haas@carpenterlipps.com |
| Michael J. Davis | mdavis@archerbay.com; davislaw80@gmail.com; jgreene@archerbay.com; llarson@archerbay.com |
| Jeffrey W. Finke | jwfinke@mindspring.com |
| Robert M. Fishman | rfishman@shawfishman.com |
| Whitney Fogelberg | wfogelberg@vedderprice.com |
| Matthew T. Gensburg | gensburgm@gtlaw.com; rosenthalr@gtlaw.com chidocket@gtlaw.com; ChiBkyDocket@gtlaw.com; greenbergc@gtlaw.com; sullivanka@gtlaw.com |
| Joshua D. Greene | jgreene@davisgreenelaw.com |
| Michael J. Gunderson | mgunderson@gundersontharp.com; lopez@gundersontharp.com |
| David A. Kallick | dkallick@tishlerandwald.com |
| Robin K. Kish | rkish@kdaolaw.com |

39550521v.1

| | |
|---|---|
| David L. Kane | dkane@mpslaw.com; dnichols@mpslaw.com; mpslawllc@gmail.com; jlitwin@mpslaw.com |
| Gina B. Krol | gkrol@cohenandkrol.com; jhazdra@cohenandkrol.com; pmchugh@cohenandkrol.com |
| Forrest B. Lammiman | flammiman@mpslaw.com; dkane@mpslaw.com; srogovin@mpslaw.com; dnichols@mpslaw.com; mpslawllc@gmail.com; jlitwin@mpslaw.com |
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |
| David P. Leibowitz | dleibowitz@lakelaw.com; czuniga@lakelaw.com; jstorer@lakelaw.com; ecf@lakelaw.com |
| Emily N. Masalski | masalski@dlec.com, emasalski@yahoo.com |
| Colleen E. McManus | cmcmanus@carlsondash.com; kcarlson@carlsondash.com; knoonan@carlsondash.com; jbubacz@carlsondash.com |
| Kevin H. Morse | khmorse@arnstein.com |
| Paul T. Musser | paul.musser@kattenlaw.com |
| Matthew A. Olins | maolins@duanemorris.com |
| Marc S. Reiser | mreiser@shawfishman.com; jhampton@shawfishman.com |
| Thomas M. Paris | tp@tomparislaw.com |
| Rebecca D. Rosenthal | rosenthalr@gtlaw.com |
| Peter A. Siddiqui | peter.siddiqui@kattenlaw.com |
| Jean Soh | jsoh@polsinelli.com; jswitzer@polsinelli.com |
| Lawrence A. Stein | lstein@huckbouma.com; lkoster@huckbouma.com |
| Peter D. Sullivan | psullivan@hinshawlaw.com |
| Jerry L. Switzer | jswitzer@polsinelli.com, chicagodocketing@polsinelli.com |
| William W. Thorsness | wthorsness@vedderprice.com; ecfdocket@vedderprice.com |
| Michael L. Tinaglia | mltinaglia@tinaglialaw.com; jmwretzky@tinaglialaw.com |
| John R. Weiss | jrweiss@duanemorris.com |
| Stephen G. Wolfe | steve.g.wolfe@usdoj.gov; jennifer.r.toth@usdoj.gov |

39550521v.1

## SERVICE LIST

### VIA UNITED STATES MAIL

Patrick S. Layng
c/o Stephen G. Wolfe
Office of the U.S. Trustee, Region 11
219 S. Dearborn Street, Room 873
Chicago, IL  60604

Tishler & Wald (not deliverable at this address)
200 S. Wacker Drive, Suite 3000
Chicago, IL  60606

North Shore Bank
7800 Lincoln Avenue
Skokie, IL  60077

Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

1 Transam Plaza (Oakbrook Terrace) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

1000 N. Halsted LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

1055 W 175th (Homewood) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

1101 Tower Rd (Schaumburg) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Dvorkin Holdings, LLC
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

A-Plus Plumbing, Inc.
733 W. Estes Avenue
Schaumburg, IL  60193

Blue Star Holdings LLC
c/o Michael Tuchman
2 N. LaSalle Street, Suite 1300
Chicago, IL  60602

Dahl & Bonadies, LLC
James E. Dahl
30 N. LaSalle Street, Suite 1500
Chicago, IL  60602

MB Financial Bank, N.A.
Attn:  Mark Kosminskas
6111 N. River Road
Rosemont, IL  60018

McGrath Lexus of Westmont
500 E Ogden Avenue
Westmont, IL  60559-1228

Toyota Motor Credit Corporation (TMCC)
P.O. Box 8026
Cedar Rapids, IA  52408-8026

Dan Air Holdings, L.L.C.
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

11824 S.W. Highway (Palos Heights) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Daniel Dvorkin
1636 Highland Avenue
Lombard, IL  60148

1203 Maple (Lisle), LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Daniel G. Dvorkin Insurance Trust
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

1230 S. Highland (Lombard) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Daniel G. Dvorkin Revocable Trust
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

125-165 W. Dundee Road (Buffalo Grove),
LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Daniel Hyman
Millenium Properties
200 W. Madison Avenue, 36th Floor
Chicago, IL  60606

1275 Davis (Elgin), L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

DDL Property Limited
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

1611 Stewart Street LLC
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL  60602

Debi Kight
DDL Property
One Trans Am Plaza Dr., Suite 120
Oakbrook Terrace, IL  60181

1920 S. Highland (Lombard), L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Department of the Treasury
Internal Revenue Service
P.O. Box  7346
Philadelphia, PA  19101-7346

1941 Selmartin (Aurora), L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

DH-EK Management Corporation
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

2150 N. Clybourn (Chicago) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Dupage Office Leasing, Inc.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL  60602

39550521v.1

2200 South Main (Lombard) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

246 E. Janta (Lombard), LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

25210 W. Reed Street (Channahon), LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

328 S. Jefferson (Chicago) SG, L.L.C.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

3330-40 West Dundee (Northbrook) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

444 N. Wabash (Chicago), LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

4949-5001 W. Oakton Residential Financing
(Skokie) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

4949-5001 W. Oakton Retail (Skokie) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

560 West Washington (Chicago), L.L.C.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

Dvorkin Children's Trust dated March 5, 1998
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

EIS Kalt LLC
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

Epaminodas Karvelas
Christopher Karvelas
Emersons Street Grill, Inc.
113 S. Emerson
Mt. Prospect, IL  60056

Esther Jackson
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Farnsworth (Aurora) Bisel, L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Farnsworth (Aurora) Lando LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Flossmoor - Plaza DH Holdings, L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Flossmoor Commons (Professional), L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Flossmoor Commons (Retail), L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

7

606 W. Roosevelt (Chicago), L.L.C.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

6200 N. Rockwell (Chicago) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL 60505

640-650 Lake Street, L.L.C.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

920 Roosevelt (West Chicago), L.L.C.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

956 N. Neltnor (West Chicago), L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL 60505

975 Nerge (Roselle) LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL 60505

Aaron Trust
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL 60181

Aaron's Children's Trust
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL 60181

Ariel Weissberg
 & Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, IL 60605

Francine Dvorkin Revocable Trust
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL 60181

Glenwood Residential, L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL 60505

Golden Holdings, L.L.C.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

Goldfarb Properties, LLC
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL 60181

Greystone Associates, Inc.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

Highland Avenue Qualified Personal
Residence Trust
One Trans Am Plaza Drive, Suite 120
Oakbrook Terrace, IL 60181

Inverarry Family Trust
1220 Rudolph Dr., Apt. 2F
Northbrook, IL 60062

Jackie Cullen
1 Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL 60181

Jackson Trust
Esther/Julianne Jackson
4075 W. Bonanza Drive
Beverly Hills, FL 34465

Auto Gallery Chicago, LLC
Peter Alvarez
12 W. Factory Road
Addison, IL  60101

Ambry Estates Joint Venture (Lynwood), LLC
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL  60602

American Equine Insurance Group, LTD.
Michael J. Morrisroe
114 S. Bloomingdale Road
Bloomingdale, IL  60108

Ameriprise Financial Services, Inc.
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

Barone & Jenkins, P.C.
Anthony G. Barone
635 Butterfield Rd., Suite 145
Oakbrook Terrace, IL  60181

Barry Milowitz
The Milowitz Office
3 Wyldwood
Tarrytown, NY  10591

Beit Dan, L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Belmont Financial Group, Inc.
Belmont Bank & Trust
BFKPN Corporate Services Inc.
8250 W. Belmont Avenue
Chicago, IL  60634

Beverly Dvorkin
700 W. Grand Avenue, Apt. 5
Chicago, IL  60654-5173

Kinman Enterprises, L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Steve Kling
Colliers International
6250 N. River Road, Suite 11-100
Rosemont, IL  60018

Leah - Beverly Trust
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

Levenfeld Pearlstein
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL  60602

Lynwood DT Investors LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Lynwood Land Company, L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

M. Morgan Trust
23123 N. Cardenas
Sun City W, AZ  85375

Matteson, LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL  60505

Midland Equities
Charles Hold
One Trans Am Plaza Drive
Suite 310
Oakbrook Terrace, IL  60181

Beverly Children's Trust
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL 60181

Blue Star Gearing, LLC
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

Blue Star Properties, Inc.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

Bruce Teitelbaum
1363 Shermer Rd., Ste. 212
Northbrook, IL 60062

BT Holdings, LLC
Rakik Boughadou
1200 Harger Road
Suite 325
Oak Brook, IL 60523

Caryn Kolton
c/o Keith Kolton
2929 W. Balmoral
Chicago, IL 60625

Channahon Plaza, L.L.C.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

Chicago Commercial, L.L.C.
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL 60505

Nigel and Ellen Rhodes
1980 W. Downer Place
Aurora, IL 60508

North Shore Community Bank & Trust
c/o Robert J. Huguelet Jr., PC
10749 Winterset Drive
Orland Park, IL 60467

Northgate Plaza (Aurora), L.L.C.
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL 60181

BDO USA LLP
Sharyl A. Ross, CPA
9500 Bryn Mawr Ave., Suite 300
Rosemont, IL 6018-5257

Oak West (Oakbrook Terrace) Office LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL 60505

Oxford Bank & Trust
Attn: Devon J. Eggert
Freeborn & Peters LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606

Plaza (Arlington Heights) Office LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL 60505

Private Bank & Trust Co.
PrivateBank Corp.
James Thompson, Managing Director
The Private Bank and Trust Company
70 W. Madison, Suite 200
Chicago, IL 60602

10

Craig Golden
Blue Star Properties, Inc.
600 W. Van Buren Street, Suite 1000
Chicago, IL 60607

Craig Yale
2801 Lakeside Drive
Suite 207
Bannockburn, IL  60015

Texas 1845 LLC
Michael Mulcaby
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601

Star Park LLC
c/o Richard M. Goldwasser
Schoenberg Finkel Newman & Rosenberg
222 S. Riverside Plaza, Suite 2100
Chicago, IL  60606

Schaumburg Bank & Trust Company
c/o Samantha Licker
Garfield & Merel, Ltd.
180 N. Stetson, Suite 1300
Chicago, IL  60601

Dyek-O'Neal, Inc. returned undel. as addressed
P.O. Box 13370
Arlington, TX  76094

Rachel Dvorkin
undeliverable as addressed
1653 Pebblebeach Circle
Elgin, IL 60123

Sterling 18th Street LLC
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602

Sierra Office Solutions LLC
Steven D. Titiner
1700 N. Farnsworth Avenue, Suite 11
Aurora, IL 60505

Stoller-Lieberman Holdings
undeliverable as addressed
James Stoller
The Building Group
1045 W. Lawrence Avenue
Chicago, IL 60640

Zifco Corporation
Ed Zifkin
513 Central Avenue, Suite 400
Highland Park, IL  60035

David D. O'Sullivan
Springer, Brown, Covey, Gaertner & Davis,
LLC
1755 S. Naperville Road, Suite 200
Wheaton, IL  60189

11

Chicago Title Land Trust Company as Trustee
for Trusts
C T Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604
and
Robert Kuzma
10 S. LaSalle, Suite 2750
Chicago, IL 60603

Re:
Land Trust 34383
Land Trust 1636-Y
Land Trust 42470
Land Trust 43314
Land Trust 44203
Land Trust 44204
Land Trust 94-6075
Land Trust 95-6296


John Robert Weiss
DUANE MORRIS LLP
190 S. LaSalle St., Suite 3700
Chicago, IL 60603-3433

Eatman Holdings, L.L.C.
Michael J. Tuchman
2 N. LaSalle Street, 13th Floor
Chicago, IL 60602
and
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL  60181

Re:
Chicago Commercial
Cross Creek Office Center
Flossmoor Commons (Professional), L.L.C.
Flossmoor Commons (Retail), L.L.C.
Glen Ellyn Venture Trust 37330
1920 Highland
Matteson
Palos Heights
Selmarten
Trans Am Plaza

Loran Eatman
Dvorkin Holdings, LLC
One Trans Am Plaza Drive
Suite 120
Oakbrook Terrace, IL 60181

39550521v.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 12-31336 |
| | ) | |
| DVORKIN HOLDINGS, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) | |
| | ) | Hearing Date:  November 30, 2017 |
| | ) | Hearing Time:  9:30 a.m. prevailing CT |

## MOTION OF THE CHAPTER 11 TRUSTEE FOR ENTRY
## OF A FINAL DECREE AND TO CLOSE BANKRUPTCY CASE

Gus A. Paloian, not individually or personally, but solely in his representative capacity as the duly appointed Chapter 11 trustee ("Trustee") of the bankruptcy estate (the "Estate") of the above-captioned debtor (the "Debtor"), and for his Motion for the Entry of a Final Decree and to Close the above-captioned Case pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 3022-1 of the Local Rules of the United States Bankruptcy Court, Northern District of Illinois (the "Local Rules"), the Trustee respectfully states as follows:

### JURISDICTION AND VENUE

1.    This Court has jurisdiction over this Motion pursuant 28 U.S.C. §§157 and 1334, and the Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

2.    The venue of the above-captioned case (the "Case") and of this Motion is proper in this Judicial District pursuant to 28 U.S.C. §§1408 and 1409.

3.    This matter is a "Proceeding" within the meaning of 28 U.S.C. §157(d)(1) and (d)(2)(A) and (O).

## THE DEBTOR'S HISTORY AND BANKRUPTCY CASE

4.      On August 7, 2012, the Debtor initiated this case (the "Case") by filing a

Voluntary Petition for Relief under Chapter 11 of the Code and, during the initial phase of the

Case, remained in possession and control of its assets and operated its business under §§1107

and 1108 of the Code as Debtor-In-Possession.

5.      On August 17, 2012, the Debtor filed its Schedules of Assets and Liabilities and

its Statement of Financial Affairs.  Five days thereafter, the Debtor filed a set of Amended

Schedules and Amended Statement of Financial Affairs.  According to the Amended Statement

of Financial Affairs, Francine Dvorkin ("Mrs. Dvorkin") and several Dvorkin family entities

owned a controlling interest in the Debtor.

6.      Mrs. Dvorkin is married to Daniel Dvorkin ("Mr. Dvorkin").

7.      The Debtor, through its subsidiaries and related entities, is primarily involved in

commercial real estate investment and management.  The Debtor, through one or more limited

liability companies and land trusts, at one time possessed ownership in approximately 70

parcels of real estate.  These real estate properties included developed and undeveloped parcels.

The developed parcels consisted of office, retail, industrial and residential properties in Chicago

and the surrounding suburbs.

8.      The Debtor listed in its Amended Schedule D ownership interest in more than 40

partnerships and joint ventures, all of which are limited liability companies (the "Non-Debtor

LLCs").

9.      The Debtor also disclosed beneficial interest in 14 land trusts ("Land Trusts").

According to its Amended Schedule H, the Debtor was a co-debtor or guarantor for the debt for

at least 44 entities, most of which were Non-Debtor LLCs or Land Trusts.

39550521v.1

10.     In addition to the Dvorkin family's ownership interests in the Debtor, public records indicated Mrs. Dvorkin occupied a significant management position in DH-EK. According to the Illinois Secretary of State website,  Mrs. Dvorkin was the President of DH-EK. DH-EK was the managing member of the Debtor.

11.     Loren Eatman ("Mr. Eatman") is a Vice-President of DH-EK Management Corp. ("DH-EK").  Mr. Eatman signed the Petition as the Debtor's authorized individual.

12.     Upon information and belief, Mr. Dvorkin played a role in managing the Debtor's businesp

13.     s affairs prior to the commencement of this bankruptcy case.

14.     Mr. Dvorkin was indicted and convicted in a proceeding pending in the United States District Court for the Northern District of Illinois for his alleged involvement in a murder-for-hire plot.  See Case No. 12-CR-00500, *USA v. Dvorkin*.  The Debtor's counsel represented that Mrs. Dvorkin terminated Mr. Dvorkin's relationship with the Debtor approximately two weeks after his arrest, and then put Mr. Eatman in control of the Debtor shortly before the filing of this case.

15.     In the Statement of Financial Affairs, the Debtor listed the following members ("Members") with ownership interest in the Debtor:

(i)     Eiskalt, LLC with a 22.778% ownership interest;

(ii)    Francine Dvorkin Revocable Trust with a 5% ownership interest;

(iii)   Beverly Trust with a 33.6111% ownership interest; and

(iv)    Aaron Trust with a 33.6111% ownership interest.

39550521v.1

16.     The Members of the Debtor are owned or otherwise controlled by Francine
Dvorkin, Aaron Dvorkin and Beverly Dvorkin, who were Co-Proponents of the Amended Joint
Plan and otherwise had been described as the Equity Interest Holders.

## APPOINTMENT OF THE CHAPTER 11 TRUSTEE

17.     On August 24, 2012, the U.S. Trustee filed a Motion to Appoint Chapter 11
Trustee.  On August 29, 2012, creditor FirstMerit Bank, N.A. filed its Motion to Appoint
Chapter 11 Trustee.

18.     On October 1, 2012, the Bankruptcy Court granted the U.S. Trustee's Motion to
Appoint Chapter 11 Trustee.

19.     On October 3, 2012, the United States Trustee filed its Motion for Approval of the
Appointment of Gus A. Paloian as Chapter 11 Trustee.  On October 16, 2012, the Bankruptcy
Court entered the Order approving Gus A. Paloian as Chapter 11 Trustee.

## ADMINISTRATION OF THE DEBTOR'S ESTATE

20.     Since the petition date, certain creditors of the Debtor and creditors of affiliates of
the Debtor moved for and obtained relief from the automatic stay in order to foreclose upon
their property.  In addition, the Chapter 11 Trustee filed numerous motions for the approval of
the sale of real property, either owned directly by the Debtor or by the Debtor's affiliates.  The
sales benefited the Debtor's Estate in two ways.  First, the real estate sales resulted in payment
of mortgage indebtedness against the real properties, which reduced related secured claims
and/or guaranty claims against the Estate.  Second, the Debtor's Estate received net sales
proceeds from many of the sales of the real property.

21.     The Chapter 11 Trustee also settled several adversary proceedings, which resulted
in collection of settlement proceeds for the Estate and reduced liabilities against the Estate.

## ASSET SALES, LITIGATION AND RECOVERIES

22.     During the course of these proceedings, the Chapter 11 Trustee recovered a total

of $32,795,217.86 comprised of the following:

### Real Estate Sales

A.     During the course of these proceedings, received authorization to conclude the

sales of the Estate's ownership interest in various parcels of real estate, interests in LLCs or

land trust, with net proceeds to the Estate of approximately $22,299,497.56.

### Proceeds From Property Management

B.     The Trustee, in conjunction with DH-EK, managed the properties.  During the

course of these proceedings, the Estate received distributions from the properties totaling

$6,090,662.28.

### Proceeds From Turnover of Bank Funds

C.     The Trustee collected funds totaling $294,282.01 from Debtor-in-Possession bank

accounts.

### Collection of Rents, Receivables and Tax Refunds

D.     In addition, the Chapter 11 Trustee collected rents in the amount of $48,294.57,

notes and accounts receivable totaling $466,018.04 and tax refunds totaling $1,784.45.

### Litigation

E.     During the course of these proceedings, the Trustee resolved Estate litigation

claims through settlements or otherwise resulting in the receipt by the Estate of approximately

$2,134,765.27.

5

**<u>Other Recoveries</u>**

F.      During the course of these proceedings, the Estate earned accrued interest on the

Estate bank accounts and the Estate received distributions from Debtor affiliates, totaling

$1,459,913.68.

**<u>CLAIMS REDUCTION</u>**

23.     During the course of the proceedings, the Trustee negotiated or the Court entered

orders granting objections to claims resulting in the reduction of claims of approximately

$44,800,000.

**<u>JOINT PLAN OF REORGANIZATION</u>**

24.     During the course of these proceedings, the Chapter 11 Trustee and the Members

proposed a Joint Plan of Reorganization.

25.     On June 30, 2015, the Bankruptcy Court entered an order confirming the

Amended Joint Plan of Reorganization (Dkt. No. 787).  Pursuant to the terms of the Amended

Joint Plan, all creditors holding allowed claims against the Estate received distributions of 100

cents on the dollar for their allowed claim and also received interest at the Federal judgment rate

on their allowed claims.

26.     In summary, the Joint Amended Plan provides for treatment of the classes of

claims as follows:

| Claim Class | Proposed Treatment | Distribution |
|---|---|---|
| Class 1 - Allowed Secured Claims | Allowed Secured Claims shall receive in full satisfaction, settlement, release and discharge of and in exchange for its Claim, Cash in the Allowed amount of such Secured Claim in accordance with applicable state law Lien priorities as set forth in | 100% of Allowed Claim |

| | | |
|---|---|---|
| | Articles 5 and 6 of the Amended Joint Plan. In addition, Holders of Allowed Secured Claims shall also receive, with respect to the Allowed amount of the Secured Claim: (y) interest and any reasonable fees, costs or charges in accordance with, and to the extent permissible by, Bankruptcy Code section 506(b); or in the alternative, (z) to the extent the Bankruptcy Court finds it permissible, interest the Legal Rate (as determined by the Bankruptcy) Court, which Plan Proponents assert is the federal judgment rate, or 0.17%. In all instances, the amount of interest shall be calculated from the Petition Date to the date of payment of such Claim. The total amount of Allowed and Disputed Secured Claims is no more than $600,000. | |
| Class 2 - Allowed General Unsecured Claims | Each Allowed General Unsecured Claim in Class 2 shall receive, in full satisfaction, settlement, release and discharge of and in exchange for its Claim, Cash in the Allowed amount of such Claim or such other lesser amount which affords Claimant full payment on the Claim, and interest calculated at the Legal Rate of interest as determined by the Bankruptcy Court, which Plan Proponents assert is the federal judgment rate, or 0.17%, with such interest calculated from the Petition Date to the date of payment as more fully set | 100% of Allowed Claim plus interest at the Federal Judgment Rate. |

7

| | | |
|---|---|---|
| | forth in Articles 2, 5, and 6 of the Amended Joint Plan. The total amount of Allowed and Disputed Unsecured Claims is less than $23,600,000. | |
| Class 3 - Interests in Debtor | Allowed Class 3 Interests shall retain their Interests in the Debtor under the Amended Joint Plan. | Interests Retained |

27.     Pursuant to the Joint Amended Plan, creditors holding Allowed Claims have received their Plan approved distributions.

**DESIGNATION OF ASSETS TO REORGANIZED DEBTOR PURSUANT
TO TERMS OF AMENDED PLAN OF REORGANIZATION**

28.     Pursuant to the terms of the confirmed Amended Joint Plan of Reorganization, the Estate has designated assets for return to the reorganized Debtor.  Those designations are evidenced by Designation Notices filed with the Clerk of the Bankruptcy Court.  The assets returned to the Reorganized Debtor are identified in each Designation Notice.  See Designation Notices 1-8, Docket Numbers 895, 896, 897, 949, 950, 954, 1022, 1026 and 1027.

29.     As of the date of preparation of this Motion, there remained the following assets:

a.     The Estate's interest in 1203 Maple (Lisle) Limited Liability Company; and

b.     Cash in the approximate amount of $1,551,481.89[1], less any finally awarded fees and expenses to Estate Professionals and the Trustee and quarterly fees owed to the United States Trustee's Office.

---

[1] Amount as of November 9, 2017.

30.     Upon approval of the motion for Final Decree, the Estate will return the assets identified in paragraphs 32(a) and (b) to the Reorganized Debtor through a final Designation Notice.

## DOCUMENTS TRANSFERRED TO REORGANIZED DEBTOR

31.     Pursuant to the terms of the Amended Joint Plan of Reorganization, the Chapter 11 Trustee will transfer any operating documents in his possession to the reorganized Debtor upon the grant of this Motion.

## PRESENT STATUS OF THIS CASE - RELIEF REQUESTED

32.     The Chapter 11 Trustee has concluded the claims objection process.

33.     The Chapter 11 Trustee has made distributions to all holders of allowed claims in the amounts as set forth in the Amended Joint Plan of Reorganization.

34.     The Chapter 11 Trustee has successfully liquidated the assets of the Estate necessary to consummate the Joint Amended Plan of Reorganization.

35.     Given the substantial progress made to date, the conclusion of the claims objection process, and the payment of all allowed claims, the Chapter 11 Trustee believes that no reason exists to keep the Chapter 11 case open.  All adversarial matters, pleadings, motions (contested or otherwise) have been resolved, and the Chapter 11 Trustee does not foresee any further issues that may require the involvement of this Court.

36.     The Chapter 11 Trustee is current with all quarterly reporting requirements (with respect to both Plan payment and disbursement reports), and has made all quarterly payments to the office of the U.S. Trustee consistent with 28 U.S.C. §1930(a)(6) to and including the third quarter of 2017.  In advance of the hearing on this Motion, the Chapter 11 Trustee will file a U.S. Trustee quarterly fee statement to cover any disbursements for which required payments have not been made.

39550521v.1

37.     The Chapter 11 Trustee has attended to all Estate tax returns except for calendar year(s) 2017 which the Reorganized Debtor will complete.  The Reorganized Debtor has indemnified the Chapter 11 Trustee and the Estate of and from any damages, claims or losses arising from the Estate's tax obligations.

38.     The Estate requests that the Court retain jurisdiction to enforce the indemnification should the need for enforcement arise.

39.     Rule 3022 of the Bankruptcy Rules provides that "after an Estate is fully administered in a Chapter 11 reorganization case, the Court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case."  Fed.R.Bank.P. 3022.

40.     The order of confirmation for the Joint Amended Plan of Reorganization has become final, payments called for under the Plan have been complete, all claims objections have been resolved, and no motions, contested matters or adversary proceedings are currently pending before the Court.  Based upon the foregoing, the Chapter 11 Trustee submits that the Estate has been fully administered and that the entry of a final decree is warranted.

41.     Rule 3022-1 of the Local Rules requires that the party moving to enter a final decree after confirmation of a Chapter 11 plan, must, unless the Court orders otherwise,  (a) state within the notice or the motion the actual status of payments to each class under the confirmed plan, and (b) give notice of the motion to the United States Trustee and all creditors.

42.     In compliance with the Local Rules, the Chapter 11 Trustee has (a) provided all necessary disclosures in this Motion, and (b) will provide a copy of the Motion and written Notice of the hearing on this Motion to the office of the United States Trustee, all creditors (directly or through counsel who have filed appearances in the case), the required ECF/CM notice parties and all counsel of record, as reflected on the certificate of service and filed

10

39550521v.1

herewith.  Movant requests that such notice be deemed adequate and that no further notice be

required.

WHEREFORE, Gus A. Paloian, not individually or personally, but solely in his

representative capacity as the duly appointed Chapter 11 Trustee of the Estate requests that the

Court enter an Order in the form provided in accordance with the foregoing recommendations

and for such other and further relief as deemed appropriate.

Dated:  November 9, 2017                         Respectfully submitted,

                                                GUS A. PALOIAN, not individually or
                                                personally, but solely in his capacity as the
                                                Chapter 11 Trustee of  Debtor's Estate

                                                By:/s/ James. B. Sowka _____

                                                    Gus A. Paloian (6188186)
                                                    gpaloian@seyfarth.com
                                                    James B. Sowka (6291998)
                                                    jsowka@seyfarth.com
                                                    Bret M. Harper (6299968)
                                                    bharper@seyfarth.com
                                                    SEYFARTH SHAW LLP
                                                    131 South Dearborn Street, Suite 2400
                                                    Chicago, Illinois  60603
                                                    Telephone:  (312) 460-5000

                                                    *Counsel to Chapter 11 Trustee Gus A. Paloian*

39550521v.1