UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 12-31336 |
| | ) | |
| DVORKIN HOLDINGS, LLC | ) | Chapter: 11 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

## ORDER APPROVING FINAL DECREE AND CLOSING BANKRUPTCY CASE

This matter coming before the Court on the motion (the "Motion") of Gus A. Paloian, Chapter 11 Trustee of the Bankruptcy Estate of Dvorkin Holdings, LLC (the "Trustee") for Final Decree and to Close Bankruptcy Case of Dvorkin Holdings, LLC (the "Case") for entry of an order authorizing that the Case be closed; it appearing to the Court that notice of this Motion has been provided to the United States Trustee and to the parties on the service list attached to the Motion, and that such notice is sufficient and no further notice is necessary or required; and the Court being satisfied based on the representations made in the Motion; and after due deliberation sufficient cause appearing therefore:

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein;

2. The Trustee is discharged; and

3. The above-captioned chapter 11 case is closed.

Enter:

*Jacqueline P. Cox*
J. Cox

Dated: Nov. 30, 2017

United States Bankruptcy Judge

**Prepared by:**
Gus A. Paloian (06188186)
Bret M. Harper (6299968)
SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Rev: 20120501_bko